STATEMENT OF INVOICES DUE 10/09/17

PAGE 1

| CUST #  | NAME | INVOICE NUMBER | DELIVERY DATE | GROSS AMOUNT | CREDITS TAKEN | INVOICE AMOUNT NET CREDIT | SALES TAX | AMOUNT DUE |
|---------|------|----------------|---------------|--------------|---------------|---------------------------|-----------|------------|
| 447900 BROOKLYN'S PIZZERIA-ALLEN-ACH #735 | | 09186813 | 9/19/17 | 1,180.26 | .00 | 1,179.92 | .34 | 1,180.26 |
| | | 09218778 | 9/22/17 | 1,052.96 | .00 | 1,047.74 | 5.22 | 1,052.96 |
| | | | | | | | Customer Totals: | 2,233.22 |
| 447919 BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735 | | 09187799 | 9/19/17 | 721.22 | .00 | 721.22 | .00 | 721.22 |
| | | 09218786 | 9/22/17 | 681.14 | .00 | 679.02 | 2.12 | 681.14 |
| | | | | | | | Customer Totals: | 1,402.36 |
| 447927 BROOKLYN'S PIZZERIA-FRISCO-ACH#735 | | 09187560 | 9/19/17 | 1,382.10 | .00 | 1,382.10 | .00 | 1,382.10 |
| | | 09219002 | 9/22/17 | 1,066.97 | .00 | 1,052.64 | 4.33 | 1,066.97 |
| | | | | | | | Customer Totals: | 2,449.07 |
| 447935 BROOKLYN'S PIZZERIA-PLANO-ACH#735 | | 09186812 | 9/19/17 | 891.97 | .00 | 891.97 | .00 | 891.97 |
| | | 09218777 | 9/22/17 | 949.18 | .00 | 940.03 | 9.15 | 949.18 |
| | | | | | | | Customer Totals: | 1,841.15 |
| | | OVERALL TOTALS: | | 7,925.80 | .00 | 7,904.54 | 21.16 | 7,925.80 |

**Labatt**
FOOD SERVICE
450 INDUSTRY PARK DRIVE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0127
PHONE (210) 661-4216

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0127
(210) 661-4216

| | |
|---|---|
| DATE | 9/18/17 |
| ACCOUNT NO. | 447900 |

CUSTOMER

BROOKLYN'S
PIZZERIA-ALLEN-
ACH #735

| | |
|---|---|
| INVOICE NO. | 09186813 |
| AMOUNT | $ |
| COMMENTS | |
| TERMS | 14 DAYS |
| DUE DATE | 10/06/2017 |

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

Thank You!

---

ACCOUNT NO. 447900
INVOICE NO. 09186813
DATE 9/18/17
TERMS 14 DAYS
DUE DATE 10/06/2017

| PHONE NO. | ROUTE | SEQ | PAGE |
|---|---|---|---|
| (972)-359-1144 | 562 | 019 | 1A |

BROOKLYN'S PIZZERIA-ALLEN-ACH #735
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN , TX 75013

SALES PERSON: SMITH
TAX I.D. NUMBER: 03200112170

DELIVERY DATE: 9/19/17
FEDERAL EXCISE TAX:

| DRIVER | L/N/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** WALK-IN | *** | | | |
| 1 | R | B64-7692 | 2 | 8 | 5 LB | SAPUTO GDMOZZARELLA. WHL MILK LOAF 46.37 | 10 B44666 | 2.31 C | 214.23 | |
| 2 | R | B64-7698 | 4 | 8 | 6 LB | LA-GONDOLPIZZA-CHEESE WHOLE MILK 48.69  48.40  48.28 | 10 01014 | 1.88 C | 359.47 | |
| | | | | 92 | 74LBS | | | | | |
| | | | | 8 | 45.84 | | | | | |
| | | | | 191 | 21LBS | | | | | |
| | | | | | | *** FROZEN | *** | | | |
| 3 | R | B90-5656 | 1 | 2 | 5 LB | SAN RALLOEGGPLANT ROUND BRD SL 3/8" | 30 907030 | 31.60 C | 31.60 | |
| | | | | | | *** DRY GOODS | *** | | | |
| 4 | | 286-0008 | 2 | 6 | 6.56 LB | HEINZ  6N1 GROUND TOMATOES POUCH | 40 456994 | 22.62 C | 45.24 | |
| 5 | | 377-8339 | 1 | 64 | 1.375 OZ | MISS-VICKCHIPS, SEA SALT ORIGINAL | 40 44443 | 30.91 C | 30.91 | |
| 6 | | 382-0157 | 8 | 1 | 50 LB | REMARKABLFLOUR, WHEAT BLEACHED | 40 557122 | 16.76 C | 134.08 | |
| | | | | | | *** CLEANING SUPPLIES | *** | | | |
| 7 | D | 566-3011 | 1 | 1 | 12 CT | ACS  SCRUBBER, SS, 35 GR | 50 243435 | 4.07 C | 4.07 | * |
| | | | | | | *** PAPER | *** | | | |
| 8 | D | 695-3435 | 1 | 1 | 50 CT | HFA  LID, FOIL FULL SZ STEAM PAN | 60 B00269 | 19.11 C | 19.11 | |
| 9 | D | 696-2648 | 1 | 1 | 500 CT | HFA  LID, DOME FOR 2-1/4 1b | 60 840034 | 46.60 C | 46.60 | |
| 10 | D | 696-3014 | 1 | 1 | 500 CT | HFA  CONT.2-1/4LB Entree/Carryout | 60 900291 | 54.82 C | 54.82 | |
| 11 | D | 696-3491 | 1 | 50 | 20X12X3.2 | HFA  PAN, FULL STEAM TABLE | 60 300107 | 40.67 C | 40.67 | |

447905942B

INVOICE TOTAL:

ORIGINAL COPY

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

# Labatt
FOOD SERVICE

4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

**SALES PERSON:** SMITH

**TAX I.D. NUMBER:** 03200112 1709

**SOLD TO:** BROOKLYN'S PIZZERIA-ALLEN-ACH #735
1314 W. MCDERMOTT DR. #170
ALLEN, TX 75013

**SHIP TO:** BROOKLYN'S PIZZERIA-ALLEN #170
1314 W. MCDERMOTT DR. #170
ALLEN, TX 75013

**FEDERAL EXPRESS NUMBER:** 447905942B

**ACCOUNT NO.:** 447900
**INVOICE NO.:** 09186813
**DATE:** 9/18/17

**TERMS:** 14 DAYS
**DUE DATE:** 10/06/2017

**DELIVERY DATE:** 9/19/17
**PHONE NO.:** (972)-359-1144
**ROUTE:** 562
**SEQ:** 019
**PAGE:** 2A

| WH | DRIVER | M/N/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | WEIGHT | CUBE | VENDOR/DIST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * |  |  | 618-4865 | 1 | 1 | 5 LB | ***SPICES<br>DURKEE PEPPER, SHAKER GRIND | | | 70 255690 | 60.63 C | 60.63 | |
| | | | | | | | ***PRODUCE | | | | | | |
| 12 | D | 980-5250 | 1 | 2 12 CT | LETTUCE ROMAINE 24 CT | 234.0 | 5.1 | 6 | 80 05250 | 19.63 C | 19.63 |
| 13 | R | 980-7009 | 1 | 1 10 LB | MUSHROOM (GENERIC-FS) | 10.8 | .6 | 80 | 17.36 C | 17.36 |
| 15 | R | 981-2850 | 2 | 1 20 LB | TOMATO 5X6 2-LAYER | 477.8 | 13.1 | 11 | 80 12850 | 25.92 C | 51.84 |
| 16 | D | 981-5333 | 1 | 1 20 LB | CUCUMBER 5LB * | 1.2 | .2 | 80 15333 | 4.53 C | 4.53 |
| 14 | D | 981-5655 | 1 | 1 12 CT | ONION GREEN MED 12CT * | | | 80 | 8.42 C | 8.42 |
| 18 | D | 982-0200 | 1 | 5 5 LB | PEPPER BELL GRN CHOICE 25LB | 48.4 | 5.7 | 4 | 80 20200 | 14.83 C | 14.83 |
| 19 | D | 983-1066 | 1 | 1 1 LB | BASIL 1LB | 5.8 | .3 | 1 | 80 31066 | 6.03 C | 6.03 |
| 20 | R | 983-5851 | 1 | 1 1 LB | ROSEMARY 1LB | | | 80 | 8.14 C | 8.14 |
| 21 | R | 984-1552 | 1 | 1 3 LB | LETTUCE SPRING MIX** | 130.0 | 8.8 | 10 | 80 41552 | 7.71 C | 7.71 |
| | | | | | | | | | | | | .34 |
| | | | | | | | TOTAL TAX 8.250% | | | | | |
| | | | | | | | FULL EACH | 978.0 | 33.8 | .34 | | 1,180.26 |

**PRICE CLASS**

| | WEIGHT | CUBE | AMOUNT |
|---|---|---|---|
| WALK-IN | 10 | | 573.70 |
| FROZEN | 30 | | 31.60 |
| DRY GOODS | 40 | | 210.23 |
| CLEANING SUPPLIES | 50 | | 4.41 |
| PAPER | 60 | | 161.20 |
| SPICES | 70 | | 60.63 |
| PRODUCE | 80 | | 138.49 |
| | | | 1,180.26 |

**INVOICE TOTAL:** 1,180.26

ORIGINAL COPY
447900 09186813

ACCEPTED BY X _____

**TRS LICENSE #** 14017

THIS INVOICE AND ALL PAYMENTS MADE THEREUNDER ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%)

---

## REMIT TO:

# Labatt
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

**DATE:** 9/18/17
**ACCOUNT NO.:** 447900

**CUSTOMER:** BROOKLYN'S PIZZERIA-ALLEN-ACH #735

**INVOICE NO.:** 09186813

**SEE PAGE 1**

$ _____
$ _____

**TERMS:**
**DUE DATE:**

**COMMENTS:**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

# Labatt
## FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 100
SAN ANTONIO, TEXAS 78201-0137
PHONE (210) 661-4216

REMIT TO:

# Labatt
### FOOD SERVICE
P.O. BOX 100
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/21/17 |
|---|---|
| ACCOUNT NO. | 447900 |
| CUSTOMER | BROOKLYN'S PIZZERIA-ALLEN-ACH #735 |
| INVOICE NO. | 0921B778 |

TERMS: **14 DAYS**
DUE DATE: **10/06/2017**

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

TAX I.D. NUMBER: 032001121709

SALES PERSON: SMITH

| ACCOUNT NO. | INVOICE NO. | DATE | PAGE |
|---|---|---|---|
| 447900 | 0921B778 | 9/21/17 | 1A |

TERMS: **14 DAYS**   DUE DATE: **10/06/2017**

BROOKLYN'S PIZZERIA-ALLEN-ACH #735
MCDERMOTT TOWN CROSSING
1314 W. MCDERMOTT DR #170
ALLEN , TX 75013

SHIP TO: BROOKLYN'S PIZZERIA-ALLEN #170
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN , TX 75013

DELIVERY DATE: 9/22/17   PHONE NO. (9721)- 359-1144   ROUTE 5946   SEQ 025

| LN S | DRIVER | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** WALK-IN | | | | |
| 1 | 2 | 332-5414 | 1 | 1 | GAL. | KEN'S    DRESSING, HONEY MUSTARD | 1KE634 | 10.74 C | 10.74 | |
| 2 | 2 | 332-6592 | 1 | 4 | GAL. | KEN'S    DRESSING, VINAIGRETTE BALSAMIC | 109551 | 37.34 C | 37.34 | |
| 3 | 2 | 345-6925 | 1 | 4 | GAL. | KEN'S    DRESSING, CAESAR TABLE SIDE | 508141 | 57.59 C | 57.59 | |
| 4 | 3 | 820-5046 | 2 | 1 | KG | BORDEN   BUTTERMILK-BAKING TX | 15538 | 2.39 C | 4.78 | |
| 5 | B | 865-1152 | 1 | 4.6 | LB | SPECIALE PARMESAN/ROMANO GRATED BLD | 00237 | 2.99 C | 59.80 | |
| | | | | 20.00 LBS | | | | | | |
| | | | | | | *** MEAT | | | | |
| 6 | F | 890-2600 | 1 | 2 | LB | MAGNIFOOD PRECOOKED BACON BITS | 156063 | 60.84 C | 60.84 | |
| 7 | F | 892-8017 | 1 | 4 | LB | FONTANINI ITALIAN STYLE BEEF&GRAVY SLC | 409111 | 72.94 C | 72.94 | |
| 8 | F | 893-0316 | 1 | 2 | LB | MAGNIFOOD GARLIC CHICKEN TOPPING | 757514 | 36.66 C | 36.66 | |
| 9 | F | 893-6113 | 1 | 5 | LB | BROOKLYN SAUSAGE TOPPING SPICY | 256174 | 35.89 C | 35.89 | |
| 10 | F | 893-6114 | 4 | 5 | LB | BROOKLYN ITALIAN MEATBALLS PRT COOKED | 458170 | 25.58 C | 102.32 | |
| 11 | F | 893-6117 | 1 | 5 | LB | BROOKLYN BEEF TOPPING FOR PIZZA | 156171 | 42.81 C | 42.81 | |
| 12 | F | 893-6118 | 1 | 12.5 | LB | BROOKLYN PEPPERONI PIZZA TOPPING | 558173 | 74.91 C | 74.91 | |
| 13 | F | 893-6120 | 1 | 5 | LB | BROOKLYN PORK ROLL TOPPING | 896172 | 29.97 C | 29.97 | |
| 14 | F | 939-5876 | 1 | 34 | 4.7OZ | TYSON    CKN 3ST FILET PARMESAN FC | 131940 | 52.22 C | 52.22 | |
| | | | | | | *** DRY GOODS | | | | |
| 15 | R | 865-1170 | 2 | 200 | 3.5 GM | MAMA FRAN PARMESAN CHS PACKETS | | 12.49 C | 24.98 | |
| 16 | R | 865-1172 | 2 | 500 | 1 GM | MAMA FRAN RED PEPPER PACKETS | | 10.99 C | 21.98 | |
| 17 | D | 923-1310 | 1 | 24 | 6OZ | BROOKLYN PIZZA SAUCE MIX | 146440 | 49.20 C | 49.20 | |
| | | | | | | *** CLEANING SUPPLIES | | | | |
| 18 | D | 674-7022 | 1 | 200 | CT | TUFF-JOB WIPER, BLUE&WHT LEVEL 2 | 569902 | 19.81 C | 19.81 | |

| | |
|---|---|
| INVOICE TOTAL | |

ORIGINAL COPY

4479043648

FEDERAL EIN 14-59664

THIS INVOICE, DUE AND PAYABLE IS SAN ANTONIO, BEXAR COUNTY TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

# Labatt
**FOOD SERVICE**

4500 INDUSTRY PARK DRIVE
P.O. BOX 101
SAN ANTONIO, TEXAS 78201-0102
PHONE (210) 661-4216

| SMITH. | SALESPERSON | | | | | | | |
|---|---|---|---|---|---|---|---|---|

TAX ID. NUMBER: C32001121709

BROOKLYN'S PIZZERIA-ALLEN #735
McDERMOTT TOWN CROSSING
1314 W. McDERMOTT DR #170
ALLEN , TX 75013

FEDERAL IDENTIFICATION

ACCOUNT NO. 447900
INVOICE NO. 09218778
DATE 9/21/17
TERMS 14 DAYS
DUE DATE 10/06/2017

4479043648

| WH | DRIVER | L M | I S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | DELIVERY DATE | VENDOR/CUST ITEM NUMBER | PHONE NO. (972)- 359-1144 | ROUTE 546 | SEQ 025 | UNIT PRICE | EXTENDED PRICE | PAGE 2A | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 9/22/17 | *** | | | | | | | |
| | | | | | | | *** PAPER | | | | | | | | | |
| | 19 | D | | 679-5611 | 1 | 4 | 100 CT. | FOODHANDL.GLOVES LATEX LG PWDR | 80 | 601006 | | | 25.68 | 25.68 | C | * |
| | 20 | D | | 695-5000 | 2 | 250 | CT | ROCKS INSERT FOR PIZZA 12" | 80 | 40012 | | | 21.32 | 42.64 | C | |
| | 21 | D | | 771-4515 | 1 | 250 | CT | FOODHANDL.BAGS MELON SITE DBL TRACK | 80 | 620060 | | | 17.79 | 17.79 | C | * |
| | 22 | D | | B52-3759 | 1 | | 1 | WALLACE KIT-EXAMGLARS-F-K/SINAP13" | 80 | 37392 | | | 22.91 | 22.91 | C | |
| | 23 | D | | B52-6790 | 1 | 1 | 2000 CT | ROYAL PIZZA SAVER TRIPOD | 80 | 011678 | | | 25.39 | 25.39 | C | |
| | | | | | | | | *** PRODUCE | | *** | | | | | | |
| | 24 | D | | 980-4154 | 1 | 1 | LB | CITRUS LEMON 165 CT REPACK* | 80 | 04154 | | | 7.53 | 7.53 | C | |
| | 25 | D | | 980-4998 | 1 | 24 | CT | LETTUCE ICEBERG 24 CT liner | 80 | 000233 | | | 16.62 | 16.62 | C | |
| | 26 | D | | 980-5250 | 1 | 2 | CT | LETTUCE ROMAINE 24 CT | 80 | 05250 | | | 19.63 | 19.63 | C | |
| | 27 | D | | 980-7009 | 1 | 10 | LB | MUSHROOM (GENERIC-FS) | 80 | | | | 17.36 | 17.36 | C | |
| | 28 | D | | 981-2850 | 1 | 20 | LB | TOMATO 5X6 2-LAYER | 30 | 12850 | | | 25.92 | 25.92 | C | |
| | 29 | D | | 981-4930 | 4 | 2.5 | LB | SPINACH CLEAN/TRIM FLAT LEAF | 80 | 700023 | | | 17.04 | 17.04 | C | |
| | 30 | D | | 981-5655 | 1 | 1 | CT | ONION GREEN MED 12CT * | 80 | | | | 8.42 | 8.42 | C | |
| | 31 | D | | 983-1066 | 1 | 1 | LB | HERB BASIL 1LB | 80 | 31066 | | | 6.03 | 6.03 | C | |

| | | WEIGHT | CUBE | | | TOTAL TAX 8.250% | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRICE CLASS | | | | FULL | EACH | AMOUNT | | | | | | | | | | | |
| WALK-IN | | 112.1 | 3.2 | | 6 | 170.25 | | | | | | | | | | | |
| MEAT | | 163.0 | 8.1 | | 12 | 509.56 | | | | | | | | | | | |
| DRY GOODS | | 81.0 | 1.5 | | 5 | 96.16 | | | | | | | | | | | |
| CLEANING SUPPLIES | | 12.0 | 7.2 | | 6 | 21.44 | | | | | | | | | | | |
| PAPER | | 48.9 | 9.7 | | 1 | 138.00 | | | | | | | | | | | |
| PRODUCE | | 138.6 | | | 8 | 118.55 | | | | | | | | | | | |
| | | 485.6 | 30.4 | | 38 | 1,052.96 | | | | | | | | | | | |

ORIGINAL COPY  BROOKLYN CATERERS LICENSE # 14017

THIS INVOICE IS OF AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

447900   09218778

---

REMIT TO:

# Labatt
**FOOD SERVICE**
P.O. BOX 101
SAN ANTONIO, TEXAS 78201-0102
(210) 661-4216

| DATE | 9/21/17 |
|---|---|
| ACCOUNT NO. | 447900 |
| CUSTOMER | |

BROOKLYN'S
PIZZERIA-ALLEN-
ACH #735

| INVOICE NO. | 09218778 |
|---|---|
| SEE PAGE 1 | |
| COMMENTS | |

TERMS
DUE DATE

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

# Thank You!

| INVOICE TOTAL | 1,052.96 |
|---|---|

**Labatt**
FOOD SERVICE
REMIT TO:
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE |
| --- |
| 9/18/17 |

| ACCOUNT NO. |
| --- |
| 447919 |

CUSTOMER

BROOKLYN'S
PIZZERIA-MCKINN
EY-ACH#735

INVOICE NO.
09187799

| $ | AMOUNT DUE |
| --- | --- |
| $ | |

COMMENTS

| TERMS: |
| --- |
| 14 DAYS |

| DUE DATE |
| --- |
| 10/06/2017 |

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

**Thank You!**

---

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

TAX ID NUMBER
03200112170 9

| SALES PERSON | | | |
| --- | --- | --- | --- |
| SMITH | | | |

SOLD TO:
BROOKLYN'S
PIZZERIA-MCKINNEY-ACH#735
THE PLAZA AT STONEBRIDGE
4900 ELDORADO PARKWAY #140
MCKINNEY     , TX  75070

SHIP TO:
BROOKLYN'S PIZZERIA-MCKINNEY #140
4900 ELDORADO PARKWAY #140
MCKINNEY     , TX  75070

| ACCOUNT NO. | INVOICE NO. | DATE |
| --- | --- | --- |
| 447919 | 09187799 | 9/18/17 |

| TERMS | DUE DATE |
| --- | --- |
| 14 DAYS | 10/06/2017 |

| PHONE NO. | ROUTE | SEQ | PAGE |
| --- | --- | --- | --- |
| (972)- 540-5561 | 544 | 001 | 1A |

FEDERAL EXCISE NUMBER

| DELIVERY DATE |
| --- |
| 9/17/17 |

44791565G6

44791565G6

| WH | DRIVER | L/N/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | VENDOR/CUST. ITEM NUMBER | LABEL DESCRIPTION | UNIT PRICE | EXTENDED PRICE | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | ***  WALK-IN | | | |
| 1 | R | 864-7692 | 1 | 8 | 6 LB 46.95 | 84466 | SAPUTO GOMOZZARELLA, WHL MILK LOAF | 2.31 C | 108.45 | |
| | | | | | | 46.95LBS | | | | | |
| 2 | R | 864-7498 | 2 | 8 | 6 LB 48.61 | 01014 | LA GONDOLPIZZA CHEESE WHOLE MILK 48.54 | 1.88 C | 182.64 | |
| | | | | | | 97 15LBS | | | | | |
| | | | | | | | *** | MEAT | | | |
| 3 | R | 893-0316 | 1 | 2 | 5 LB | 757514 | MAGNIFOODGARLIC CHICKEN TOPPING | 36.66 C | 36.66 | |
| 4 | R | 893-B118 | 1 | 2 | 12.5 LB | 558173 | BROOKLYN PEPPERONI PIZZA TOPPING | 74.91 C | 74.91 | |
| | | | | | | | *** | DRY GOODS | | | |
| 5 | R | 886-0008 | 3 | 6 | 6.56 LB | 456994 | HEINZ   6N1 GROUND TOMATOES POUCH | 22.62 C | 67.86 | |
| 6 | R | 377-8018 | 1 | 64 | 1.38 OZ | 44441 | MISS VICKCHIPS POTATO JALAPENO | 30.91 C | 30.91 | |
| 7 | R | 382-0157 | 3 | 1 | 50 LB | 557122 | REMARKABLFLOUR, WHEAT BLEACHED | 16.76 C | 50.28 | |
| 8 | R | 865-1170 | 2 | 200 | 3.5 GM | | MAMA FRANPARMESAN CHS PACKETS | 12.49 C | 24.98 | |
| 9 | R | 923-1306 | 1 | 24 | 16.45 OZ | 146560 | BROOKLYN PIZZA DOUGH MIX | 76.50 C | 76.50 | |
| | | | | | | | *** | PRODUCE | | | |
| 10 | R | 980-7009 | 1 | 1 | 10 LB | 12850 | MUSHROOM MUSHROOM (GENERIC-FS) | 17.36 C | 17.36 | |
| 11 | R | 981-2850 | 1 | 1 | 20 LB | 700023 | TOMATO   TOMATO 5X6 2-LAYER | 25.92 C | 25.92 | |
| 12 | R | 984-4930 | 1 | 4 | 2.5 LB | 41552 | SPINACH   SPINACH CLEAN/TRIM | 17.04 C | 17.04 | |
| 13 | R | 984-1552 | 1 | 3 | 1 LB | | LETTUCE   FLAT LEAF SPRING MIX* | 7.71 C | 7.71 | |

TOTAL TAX  8.250%

TOTAL TAX  8.250%

| | INVOICE TOTAL |
| --- | --- |
| | .00 |

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

ACCEPTED
X

ORIGINAL COPY.



**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

REMIT TO:

ACCOUNT NO. 447919
INVOICE NO. 091B77799
DATE 9/18/17

CUSTOMER

BROOKLYN'S
PIZZERIA-MCKINN
EY-ACH#4735

INVOICE NO. 091877799
INVOICE TOTAL

SEE PAGE 1
AMOUNT REMITTED

COMMENTS

TERMS:
DUE DATE

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

**Thank You!**

---

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SMITH

TAX I.D. NUMBER
03200112I709

ACCOUNT NO. 447919
INVOICE NO. 091B77799
DATE 9/18/17
TERMS 14 DAYS
DUE DATE 10/06/2017
ROUTE 544   SEQ 001   PAGE 2A

BROOKLYN'S PIZZERIA-MCKINNEY-ACH#4735
THE PLAZA AT STONEBRIDGE
4900 ELDORADO PARKWAY #140
MCKINNEY , TX 75070

BROOKLYN'S PIZZERIA-MCKINNEY #140
4900 ELDORADO PARKWAY
MCKINNEY , TX 75070

4479156506

FEDERAL ID#54559594

PHONE NO. (972)-540-5561

DELIVERY DATE 9/19/17

| PRICE CLASS | WEIGHT | CUBE | FULL | LABEL DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| WALK-IN | 144.1 | 2.6 | 3 | | 291.09 |
| MEAT | 35.6 | 1.4 | 2 | | 111.57 |
| DRY GOODS | 318.1 | 10.0 | 10 | | 250.53 |
| PRODUCE | 44.6 | 3.5 | 4 | EACH | 68.03 |
| | 542.4 | 17.5 | 19 | | 721.22 |

INVOICE TOTAL 721.22

ORIGINAL COPY   TABC LICENSE # 14017

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGE OR DAMAGE MUST BE MADE UPON RECEIPT.
447919  091B77799

Checks marked from this invoice and be applied by the customer which are year to the holder. Statement on protest at www.labattoc.com, call 1-800-234-6722 / 2411 for terms.

ACCEPTED BY X

**Labatt FOOD SERVICE**
4500 INDUSTRY PARK DRIVE
P.O. BOX 100
SAN ANTONIO, TEXAS 78291-0101
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX I.D. NUMBER: 032001121709

| Sold To | Ship To |
|---|---|
| BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735, THE PLAZA AT STONERIDGE, 4900 ELDORADO PARKWAY #140, MCKINNEY, TX 75070 | BROOKLYN'S PIZZERIA-MCKINNEY #140, 4900 ELDORADO PARKWAY #140, MCKINNEY, TX 75070 |

ACCOUNT NO: 4479919
INVOICE NO: 09218786
DATE: 9/21/17
TERMS: 14 DAYS
DUE DATE: 10/06/2017
PHONE NO: (972) 540-5561
ROUTE NO: 546
STOP: 146
PAGE: 1A

4479158069   WALK-IN

| LN/WS | DRIVER | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CLASS ITEM NUMBER | UNIT PRICE | SEQ | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *** WALK-IN | | | | | |
| 1 | 2 R | 820-5046 | 2 | 1 | 4G | BURDEN BUTTERMILK, BAKING 1% | 10 15536 | 2.39 C | 146 | 4.78 C | |
| 2 | 2 R | 864-7492 | 1 | 8 | LB | SAPUTO GOMOZZARELLA, WHL MILK LOAF | 10 84466 | 2.31 C | | 107.25 C | |
| | | | | | 46.43 | | | | | | |
| | | | | | *** MEAT | | | | | | |
| 3 | | 864-7498 | 2 | 8 | LB | A GONDOL PIZZA CHEESE WHOLE MILK | 10 01014 | 1.89 C | | 182.40 C | |
| | | | | | 48.56 | | | | | | |
| | | | | | 48.46 | | | | | | |
| | | | | | 97 02LBS | | | | | | |
| | | | | | *** MEAT | | | | | | |
| 4 | 4 F | 893-8113 | 1 | 2 | LB | BROOKLYN ITALIAN MEATBALLS FRT COOKED | 20 258174 | 35.89 C | | 35.89 C | |
| 5 | 5 F | 893-8114 | 1 | 2 | LB | BROOKLYN SAUSAGE TOPPING SPICY | 20 458170 | 25.58 C | | 51.16 C | |
| 6 | 6 F | 893-8117 | 1 | 4 | LB | BROOKLYN BEEF TOPPING FOR PIZZA | 20 158171 | 42.81 C | | 42.81 C | |
| | | | | | *** DRY GOODS | | | | | | |
| 7 | 7 D | 113-1125 | 1 | 20 | 16.9 OZ | BROOKLYN WATER, DRINKING | 40 02020 | 8.56 C | | 8.56 C | |
| 8 | 8 D | 127-1246 | 1 | 24 | 12 OZ | I.B.C. ROOT BEER REGULAR | 40 72 | 12.65 C | | 12.65 C | |
| 9 | 9 D | 127-1253 | 1 | 12 | 12 OZ | I.B.C. CREAM SODA | 40 72296 | 6.89 C | | 6.89 C | |
| 10 | 10 D | 127-1255 | 1 | 12 | 12 OZ | I.B.C. Black Cherry | 40 000041 | 12.35 C | | 12.35 C | |
| 11 | 11 D | 286-0008 | 3 | 6 | 6.56 LB | HEINZ 6N1 GROUND TOMATOES POUCH | 40 456994 | 22.62 C | | 67.86 C | |
| 12 | 12 D | 382-0157 | 3 | 1 | 50 LB | REMARKABL FLOUR, WHEAT BLEACHED | 40 557122 | 16.76 C | | 50.28 C | |
| 13 | 13 R | 865-1170 | 2 | 200 | 3.5 GM | MANA FRAN PARMESAN CHS PACKETS | 40 | 12.49 C | | 24.98 C | |
| | | | | | *** PAPER | | | | | | |
| 14 | 14 D | 679-5611 | 1 | 4 | 100 CT. | FOODHANDL GLOVES LATEX LG PWDR | 60 601006 | 25.48 C | | 25.48 C | |

INVOICE TOTAL: ___

ORIGINAL COPY

THIS INVOICE THAT AND PRODUCTS ARE SUBJECT TO SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE OF 1-1/2% PER MONTH (ANNUAL RATE OF 18%)
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

---

REMIT TO:
**Labatt FOOD SERVICE**
P.O. BOX 100
SAN ANTONIO, TEXAS 78291-0101
(210) 661-4216

DATE: 9/21/17
ACCOUNT NO: 4479919
CUSTOMER: BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735

INVOICE NO: 09218786
AMOUNT: $___

COMMENTS: ___

TERMS: 14 DAYS
DUE DATE: 10/06/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

REMIT TO:

| DATE | 9/21/17 |
| ACCOUNT NO. | |
| | 447919 |
| CUSTOMER | |

BRODKLYN'S
PIZZERIA-MCKINN
EY-ACH#735

| INVOICE NO. | |
| | 09218786 |
| | $ |
| SALESMAN | 1 |
| | $ |
| COMMENTS | |
| TERMS | |
| DUE DATE | |

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT

Thank You!

---

SOLD TO: BRODKLYN'S
PIZZERIA-MCKINNEY-ACH#735
THE PLAZA AT STONEBRIDGE
4900 ELDORADO PARKWAY #140
MCKINNEY , TX 75070

SHIP TO: BRODKLYN'S PIZZERIA-MCKINNEY
4900 ELDORADO PARKWAY #140
MCKINNEY , TX 75070

| ACCOUNT NO. | 447919 |
| INVOICE NO. | 09218786 |
| DATE | 9/21/17 |
| TERMS | 14 DAYS |
| DUE DATE | 10/06/2017 |
| PAGE | 2A |

FEDERAL ID#14199564

| DELIVERY DATE | PHONE NO. | ROUTE | SEQ | PAGE |
| 9/22/17 | (972)-540-5561 | 546 | 146 | 2A |

| LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|
| 695-3000 | 1 | 250 | CT | BOCKS   INSERT FOR PIZZA 12" | 60   4012 | 21.32 | 21.32 | C |
| | | | | *** PRODUCE | *** | | | |
| 980-5250 | 1 | 2 | 12 CT | LETTUCE LETTUCE ROMAINE 24 CT | 80   05250 | 19.63 | 19.63 | C |
| 981-5333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER   SLB * | 80   15333 | 4.53 | 4.53 | C |
| | | | | TOTAL TAX 8.250% | | | 2.12 | |

FULL   EACH

| | WEIGHT | CUBE | |
|---|---|---|---|
| 10 | 152.7 | 2.8 | 5 |
| 20 | 53.0 | 2.9 | 4 |
| 40 | 415.0 | 9.1 | 12 |
| 60 | 16.0 | 2.8 | 2 |
| 80 | 47.0 | 3.1 | 2 |
| | 683.7 | 20.7 | 25 |

| VENDOR/CUST. ITEM NUMBER | AMOUNT |
|---|---|
| 60   4012 | 244.43 |
| | 129.86 |
| 80   05250 | 183.57 |
| 80   15333 | 49.12 |
| | 24.16 |
| | 681.14 |

INVOICE TOTAL   681.14

ORIGINAL

DEALERS LICENSE # 2017

PRICE CLASS
WALK-IN
MEAT
DRY GOODS
PAPER
PRODUCE

SALESPERSON
SMITH, PATIO  1709

THIS INVOICE IS SUBJECT TO FINAL SALES CONFIRMATION. ALL CLAIMS MUST BE MADE UPON RECEIPT.

CITY 09218786

# Labatt
## FOOD SERVICE
1450 INDUSTRY PARK DRIVE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0437
PHONE (210) 661-4435

SALES PERSON

TAX I.D. NUMBER
03200112 1709

WH: SMITH

---

**REMIT TO:**

## Labatt
### FOOD SERVICE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0436
(210) 661-4795

| | |
|---|---|
| DATE | 9/18/17 |
| ACCOUNT NO. | 447927 |

CUSTOMER
BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735

INVOICE NO. 091187540

$ AMOUNT $

COMMENTS

TERMS 14 DAYS
DUE DATE 10/06/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

## Thank You!

---

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO , TX 75034

SHIP TO:
BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO , TX 75034

FEDERAL EXCISE 58900648

| ACCOUNT NO. | INVOICE NO. | DATE | PAGE |
|---|---|---|---|
| 447927 | 091187540 | 9/18/17 | 1A |

| DELIVERY DATE | PHONE NO. | ROUTE | SEQ |
|---|---|---|---|
| 9/17/17 | (972) 377-4410 | 518 | 019 |

TERMS 14 DAYS   DUE DATE 10/06/2017

SPECIAL INSTRUCTIONS
44792144437

| WH | DRIVER | LN | M/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/COST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ***  WALK-IN | *** | | | |
| 1 | R | | | 864-7672 | 4 | 8 | 6 LB 46.31 | SAPUTO GOMOZZARELLA, WHL MILK LOAF  46.29  46.08  46.18 | 10  84466 | 2.31 C | 427.03 | |
| 2 | R | | | 864-7698 | 5 | 184 8 | 86 LBS 48.30 6 LB | LA GONDOL PIZZA CHEESE  WHOLE MILK  48.81  48.68  48.66  48.70 | 10  01014 | 1.88 C | 457.12 | |
| | | | | | 243 | | 15 LBS | ***  MEAT | *** | | | |
| 3 | F | | | 290-2800 | 1 | 2 | 5 LB | MAGNIFOOD PRECOOKED BACON BITS | 20  156063 | 60.84 C | 60.84 | |
| | | | | | | | | ***  DRY GOODS | *** | | | |
| 4 | D | | | 56-6844 | 1 | 6 | #10 | GIFT OF PINEAPPLE, TIDBITS NAT JUICE | 40  03092 | 33.81 C | 33.81 | |
| 5 | D | | | 286-0008 | 1 | 6 | 6.56 LB | HEINZ 6N1 GROUND TOMATOES POUCH | 40  456994 | 22.62 C | 113.10 | |
| 6 | D | | | 377-8019 | 1 | 64 | 1.375 OZ | MISS VICKCHIPS SEA SALT & VINEGAR | 40  44446 | 30.91 C | 30.91 | |
| 7 | D | | | 382-0157 | 7 | 1 | 50 LB | REMARKABL FLOUR, WHEAT BLEACHED | 40  557122 | 16.76 C | 117.32 | |
| | | | | | | | | ***  PAPER | *** | | | |
| 8 | D | | | 696-3015 | 1 | 1 | 500 CT | HFA  LID,Board for 2-1/41b | 50  600292 | 29.02 C | 29.02 | |
| 9 | D | | | 730-1666 | 1 | 1 | 500 CT | DART  CUP, 24 OZ FOAM | 60  320076 | 29.98 C | 29.98 | |
| | | | | | | | | ***  PRODUCE | *** | | | |
| 10 | D | | | 980-5250 | 1 | 2 | 12 CT | LETTUCE  LETTUCE ROMAINE 24 CT | 80  05250 | 19.63 C | 19.63 | |
| 11 | D | | | 981-2850 | 1 | 1 | 20 LB | TOMATO  TOMATO 5X6 2-LAYER | 80  12850 | 25.92 C | 25.92 | |

INVOICE TOTAL

ORIGINAL COPY

ACCEPTED BY X

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE OF 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGE MUST BE MADE UPON RECEIPT.
Credits relating from this invoice must be applied for by the customer within one year or be forfeited. Customer can be reached online at www.labattfood.com, call 1-800-284-4700 (24hr) for details.

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

| DATE | 9/18/17 |
|---|---|
| ACCOUNT NO. | 447927 |
| CUSTOMER | BROOKLYN'S PIZZERIA-FRISCO -ACH#735 |
| INVOICE NO. | 091187540 |
| | SEE PAGE 1 |
| AMOUNT REMITTED | $ |
| COMMENTS | |

TAX I.D. NUMBER: 032001121709

SALES PERSON: SMITH

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO                    , TX  75034

BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO                    , TX  75034

| ACCOUNT NO. | INVOICE NO. | DATE |
|---|---|---|
| 447927 | 091187540 | 9/18/17 |

| DELIVERY DATE | TERMS | DUE DATE |
|---|---|---|
| 9/19/17 | 14 DAYS | 10/06/2017 |

PHONE NO. (972)- 377-4410   ROUTE 518   SEQ 019   PAGE 2A

| WH | DRIVER | L/N | W/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | D | R | | 981-4930 | 1 | 4 | 2.5 LB | SPINACH CLEAN/TRIM FLAT LEAF | 700023 | 17.04 C | 17.04 | |
| 13 | D | R | | 981-5333 | 1 | 1 | 5 LB | CUCUMBER 5LB * | 15333 | 4.53 C | 4.53 | |
| 14 | D | R | | 983-5851 | 1 | 1 | 1 LB | HERB ROSEMARY 1LB | | 8.14 C | 8.14 | |
| 15 | D | R | | 984-1552 | 1 | 1 | 3 LB | LETTUCE SPRING MIX* | 41552 | 7.71 C | 7.71 | |
| | | | | | | | | TOTAL TAX  8.250% | | | .00 | |

4479214439

PRICE CLASS

| | | WEIGHT | CUBE | FULL | EACH | | AMOUNT |
|---|---|---|---|---|---|---|---|
| WALK-IN | 10 | 428.0 | 7.7 | 9 | | | 884.15 |
| MEAT | 20 | 10.7 | 7.7 | 1 | | | 60.84 |
| DRY GOODS | 40 | 622.3 | 15.4 | 14 | | | 295.14 |
| PAPER | 60 | 20.6 | 6.6 | 2 | | | 59.00 |
| PRODUCE | 80 | 92.6 | 6.2 | 6 | | | 82.97 |
| | | 1,154.2 | 36.6 | 32 | | | 1,382.10 |

INVOICE TOTAL: 1,382.10

Create invoice copy from this invoice and add to updated by the customer. ...

RETAIL DEALERS LICENSE #  14017

ORIGINAL COPY

ACCEPTED BY X

THIS INVOICE SOLD AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%) ON ALL SUMS NOT PAID WHEN DUE. DAMAGES MUST BE MADE UPON RECEIPT. For pickups...

447927  091187540

# Labatt
## FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 167
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX I.D. NUMBER

TAX I.D. NUMBER: 03200112217709

| ACCOUNT NO. | 4472927 |
| INVOICE NO. | 09219002 |
| DATE | 9/21/17 |
| TERMS | 14 DAYS |
| DUE DATE | 10/06/2017 |
| ROUTE | 576 |
| SEQ | 225 |
| PAGE | 1A |

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO , TX 75034

SHIP TO: BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO , TX 75034

FEDERAL DEPARTMENT#

| DELIVERY DATE | PHONE NO. |
| 9/22/17 | (972)-377-4410 |

4479228650    WALK-IN

| WH | DRIVER | L/W/S | LABATT ITEM NUMBER | LABEL DESCRIPTION | SIZE | PACK | QUANTITY | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **** KEN'S | | | | | | | |
| | | | 352-6592 | KEN'S DRESSING, VINAIGRTE BALSAMIC | 1 GAL. | 4 | 1 | 10 109551 | 37.34 C | 37.34 | |
| | | | 365-8915 | KEN'S DRESSING, CAESAR TABLE SIDE | 1 GAL. | 4 | 1 | 10 509141 | 57.59 C | 57.59 | |
| | | | 820-5046 | BORDEN BUTTERMILK BAKING 1% | HG | 1 | 2 | 10 1553B | 2.39 C | 4.78 | |
| | | | B64-6034 | STELLA BLUE CHEESE, CRUMBLES, 20300 | 5 LB | 1 | 1 | 10 464603 | 15.83 C | 15.83 | |
| | | | | **** MEAT | | | | | | | |
| | | | 893-0316 | MAGNIFOODGARLIC CHICKEN TOPPING | 5 LB | 2 | 2 | 20 757514 | 36.46 C | 73.32 | |
| | | | 893-B113 | BROOKLYN ITALIAN MEATBALLS PRT COOKED | 5 LB | 2 | 2 | 20 258174 | 35.89 C | 71.78 | |
| | | | 893-B115 | BROOKLYN SAUSAGE TOPPING SPICY | 5 LB | 2 | 4 | 20 458170 | 25.58 C | 102.32 | |
| | | | 893-B117 | BROOKLYN BEEF TOPPING FOR PIZZA | 5 LB | 4 | 1 | 20 158171 | 42.81 C | 42.81 | |
| | | | 893-B118 | BROOKLYN PEPPERONI PIZZA TOPPING | 12.5 LB | 1 | 1 | 20 556173 | 74.91 C | 74.91 | |
| | | | 893-B120 | BROOKLYN PORK ROLL TOPPING | 2.5 LB | 4 | 1 | 20 858172 | 29.97 C | 29.97 | |
| | | | 939-5876 | TYSON CKN BST FILET PARMESAN FC | 4.702 | 34 | 2 | 20 131940 | 52.22 C | 104.44 | |
| | | | | **** DRY GOODS | | | | | | | |
| | | | 127-1253 | I.B.C. CREAM SODA | 12 OZ | 12 | 1 | 40 72796 | 8.89 C | 8.89 | |
| | | | 127-1255 | I.B.C. Black Cherry | 12 OZ | 12 | 1 | 40 000041 | 12.35 C | 12.35 | |
| | | | 382-1050 | MARIO OLIVES, SLICEDMANZ W/O PIM | #10 | 6 | 1 | 40 GN400 117302 | 45.94 C | 45.94 | |
| | | | 923-1306 | BROOKLYN PIZZA DOUGH MIX | 16.45 OZ | 24 | 2 | 40 146560 | 76.50 C | 76.50 | |
| | | | | **** PAPER | | | | | | | |
| | | | 4-1430 | A E P FILM, CLING GLASS CUTTER BOX | 24 X20000 | 1 | 1 | 60 506005 | 22.68 C | 22.68 | |
| | | | 573-0111 | A E P LINER, 60GAL .14MIC NATURAL | 38 X 60 | 200 | 1 | 60 609513 | 29.76 C | 29.76 | |
| | | | 671-9450 | SELECT NAPKIN DISP SERV-RITE MOKA | 12 X 13 | 5000 | 1 | 60 367095 | 35.80 C | 35.80 | |
| | | | 695-3000 | BOCKS INSERT FOR PIZZA 12" | CT | 250 | 2 | 60 4012 | 21.32 C | 42.64 | |
| | | | 714-0073 | GOLO LID, SOUFFLE 1.5-2.5OZ CLEAR | 125 CT | 20 | 1 | 60 807455 | 26.53 C | 26.53 | |

| INVOICE TOTAL | |

ACCEPTED BY X _____

**ORIGINAL COPY**

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY TEXAS. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1¼% PER MONTH ANNUAL RATE OF 18%. ALL CLAIMS FOR DAMAGED OR SHORTAGES MUST BE MADE UPON RECEIPT.

Certain mailings from Labatt will be subject for the purposes upon which it was designated. If sent to be harassed, statements may be printed at www.labattfood.com, call 1-800-364-BOLD (2653).

REMIT TO:
# Labatt
## FOOD SERVICE
P.O. BOX 167
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

DATE 7/21/17
ACCOUNT NO. 4472927
CUSTOMER

BROOKLYN'S PIZZERIA-FRISCO -ACH#735

INVOICE NO. 09219002
AMOUNT $ 688.27

COMMENTS

TERMS: 14 DAYS
DUE DATE: 10/06/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0127
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX I.D. NUMBER: 03200112I709

DRIVER: SMITH

| VN | L/N | L/W | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | WEIGHT | CUBE | AMOUNT |
|----|-----|-----|--------------------|----------|------|------|-------------------|--------|------|--------|
| 21 | | | 714-5576 | 1 | 2500 | 1 CT | SOLO SOUFFLE CUP 2OZ PLASTIC BLK65 | 88.2 | 2.5 | 115.54 |
| | | | | | | | *** PRODUCE | | | |
| 22 | | | 980-4998 | 1 | 1 | 24 CT | LETTUCE ICEBERG 24 CT liner | | | |
| 23 | | | 980-5250 | 2 | 2 | 12 CT | LETTUCE ROMAINE 24 CT | | | |
| 24 | | | 980-7009 | 1 | 1 | 10 LB | MUSHROOM (GENERIC-FS) | 122.7 | 8.7 | 499.55 |
| 25 | | | 981-2850 | 1 | 1 | 20 LB | TOMATO 5X6 2-LAYER | | | |
| 26 | | | 981-5333 | 1 | 1 | 5 LB | CUCUMBER SLB * | | | |
| 27 | | | 981-5655 | 1 | 1 | 12 CT | ONION GREEN MED 12CT * | | | |
| 28 | | | 983-1066 | 1 | 1 | 1 LB | HERB BASIL 1LB | | | |

PRICE CLASS

| | WEIGHT | CUBE | | AMOUNT |
|--|--------|------|--|--------|
| WALK-IN | 88.2 | 2.5 | 5 | 115.54 |
| MEAT | 122.7 | 8.7 | 13 | 499.55 |
| DRY GOODS | 136.5 | 3.7 | 4 | 141.68 |
| PAPER | 96.5 | 11.9 | 7 | 211.69 |
| PRODUCE | 126.0 | 8.0 | 7 | 98.51 |
| | 610.2 | 34.8 | 36 | 1,066.97 |

447927   09219002

THIS INVOICE IS DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS OF SHORTAGES OR DAMAGED MUST BE MADE UPON RECEIPT.

Credits resulting from this invoice must be applied by the customer within seven days. To be accepted, credits returns are placed at www.labattfoodservice.call 800-324-4729 or 210-675-3131 for returns.

ACCEPTED BY

ORIGINAL COPY   SALES LICENSE # 14017

---

**Labatt**
FOOD SERVICE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0127
(210) 661-4216

| | |
|--|--|
| ACCOUNT NO. | 447927 |
| INVOICE NO. | 09219002 |
| DATE | 9/21/2017 |

| BROOKLYN'S PIZZERIA-FRISCO-ACH#735 | BROOKLYN'S PIZZERIA-FRISCO |
|---|---|
| THE LEGACY CENTER | 5729 LEBANON ROAD SUITE 100 |
| 5729 LEBANON ROAD SUITE 100 | THE LEGACY CENTER |
| FRISCO , TX 75034 | FRISCO , TX 75034 |

4479288650

FEDERAL EXCH#19984

| DELIVERY DATE | VENDOR/COST, ITEM NUMBER | PHONE NO. | ROUTE | SEQ | PAGE | TAX |
|---|---|---|---|---|---|---|
| 9/22/17 | | (972)- 377-4410 | 576 | 225 | 2A | |

| VENDOR/COST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE |
|---|---|---|
| 539404 | 49.95 C | 49.95 |
| 000233 | 16.62 C | 16.62 |
| 05250 | 19.63 C | 19.63 |
| | | 17.36 |
| 12850 | 25.92 C | 25.92 |
| 15333 | 4.53 C | 4.53 |
| | 8.42 C | 8.42 |
| 31066 | 6.03 C | 6.03 |
| | | 4.33 |

TOTAL TAX 8.250%
FULL EACH

| INVOICE TOTAL | 1,066.97 |
|---|---|

---

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0127
(210) 661-4216

| DATE | 9/21/17 |
|---|---|
| ACCOUNT NO. | 447927 |

CUSTOMER

BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735

INVOICE NO.  09219002

| | |
|--|--|
| $ | |
| AMOUNT REMITTED | |
| $ | |

COMMENTS

TERMS:

DUE DATE:

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

Thank You!

**Labatt**
FOOD SERVICE
4600 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78283-4137
PHONE (210) 661-4216

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78283-4137
(210) 661-4216

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

| DATE | 9/18/17 |
| ACCOUNT NO. | 447735 |
| CUSTOMER | BROOKLYN'S PIZZERIA-PLANO-ACH#735 |
| INVOICE NO. | 09184912 |
| AMOUNT | $ |
| TERMS | 14 DAYS |
| DUE DATE | 10/06/2017 |

SMITH — SALES PERSON — TAX I.D. NUMBER — 000000000000

| ACCOUNT NO. | INVOICE NO. | DATE | PAGE |
|---|---|---|---|
| 447735 | 09184912 | 9/18/17 | 1A |
| | | TERMS 14 DAYS | |
| PHONE NO. (214) 705-0777 | ROUTE 562 | SEQ 008 | |
| DELIVERY DATE 9/19/17 | DUE DATE 10/06/2017 | | |

Sold to:
BROOKLYN'S PIZZERIA-PLANO-ACH#735
CRYSTAL CREEK
4637 HEDCOXE ROAD, SUITE 116
PLANO, TX 75024

Ship to:
BROOKLYN'S PIZZERIA-PLANO
4637 HEDCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO, TX 75024

SPECIAL INSTRUCTIONS: 4479303569  *** WALK-IN

| WH | DRIVER | L/W/S | LABATT ITEM NUMBER | VENDOR/COST ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | UNIT PRICE | TAX | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** | | | |
| 1 | | R | 345-8965 | 508141 | 1 | 4 | 1 GAL. | KEN'S DRESSING, CAESAR TABLE SIDE | 57.59 | C | 57.59 |
| 2 | | R | 864-7692 | 84466 | 2 | 8 | 5 LB | SAPUTO GOMOZZARELLA, WHL MILK LOAF 46.13 | 2.31 | C | 213.47 |
| | | | | | | | 46.28 | | | | |
| 3 | | R | 864-7698 | 01014 | 3 | 8 | 92/41LBS 8 LB | LA GONDOLPIZZA CHEESE WHOLE MILK 45.66 | 1.88 | C | 257.33 |
| | | | | | | 45.70 | 45.52 | | | | |
| | | | | | | 136.88LBS | *** DRY GOODS | | | | |
| | | | | | | | *** | | | | |
| 4 | | D | 286-0008 | 456994 | 5 | 6 | 5.56 LB | HEINZ 6N1 GROUND TOMATOES POUCH | 22.62 | C | 113.10 |
| 5 | | D | 382-0157 | 557122 | 6 | 1 | 50 LB | REMARKABLFLOUR, WHEAT BLEACHED | 16.76 | C | 100.56 |
| 6 | | R | 865-1170 | | 1 | 200 | 3.5 GM | MAMA FRANPARMESAN CHS PACKETS | 12.49 | C | 12.49 |
| | | | | | | | *** PRODUCE | | | | |
| | | | | | | | *** | | | | |
| 7 | | D | 980-4154 | 04154 | 1 | 1 | 165 CT | CITRUS LEMON 165 CT REPACK* | 7.53 | C | 7.53 |
| 8 | | D | 980-4998 | 000233 | 1 | 1 | 24 CT | LETTUCE ICEBERG 24 CT liner | 16.62 | C | 16.62 |
| 9 | | D | 980-5250 | 05250 | 1 | 2 | 12 CT | LETTUCE ROMAINE 24 CT | 19.63 | C | 19.63 |
| 10 | | D | 980-7009 | | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | 17.36 | C | 34.72 |
| 11 | | D | 980-8255 | | 1 | 1 | 50 LB | ONION JUMBO YELLOW # 2 | 14.65 | C | 14.65 |
| 12 | | D | 981-3189 | 13189 | 1 | 5 | 5LB LB | ONION RED JUMBO | 16.50 | C | 16.50 |
| 13 | | R | 981-5333 | 15333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER 5LB * | 4.53 | C | 4.53 |
| 14 | | R | 981-5655 | | 1 | 1 | 12 CT | ONION GREEN MED 12CT * | 8.42 | C | 8.42 |
| 15 | | D | 982-0200 | 20200 | 1 | 5 | 5 LB | PEPPER PEPPER BELL GRN CHOICE 25LB | 14.83 | C | 14.83 |
| | | | | | | | TOTAL TAX 8.250% | | | .00 |

INVOICE TOTAL

ORIGINAL COPY

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1.5% PER MONTH ANNUAL RATE OF 18%.
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

ACCEPTED BY X

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SMITH

TAX I.D. NUMBER: 00000000000000

BROOKLYN'S PIZZERIA-PLAND-ACH#735
CRYSTAL CREEK
4437 HEDGCOXE ROAD, SUITE 116
PLAND        , TX  75024

4479303569

| WH | DRIVER | L M S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | WEIGHT | CUBE | LABEL DESCRIPTION | | |
|----|--------|-------|--------------------|----------|------|------|--------|------|------|------|------|
| | | | PRICE CLASS | | | | | | FULL | EACH | |
| | | | WALK-IN | | | 10 | 266.3 | 5.2 | 6 | | |
| | | | DRY GOODS | | | 40 | 519.5 | 11.5 | 12 | | |
| | | | PRODUCE | | | 80 | 221.0 | 12.0 | 10 | | |
| | | | | | | | 1,006.8 | 28.7 | 28 | | |

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%)
ALL CLAIMS SHORTAGE OR DAMAGE MUST BE MADE UPON RECEIPT
447935  09186812-2

Cards may be paid from this invoice must be signed for by customer which are part to
be returned. Statements are printed at www.labattood.com, call 1-800-274-6722 x2411
for price.

ACCEPTED
BY X
ACCEPTED
BY X
ORIGINAL BEER AND LICENSE # 14017

---

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/18/17 |
| ACCOUNT NO. | 447935 |
| CUSTOMER | BROOKLYN'S PIZZERIA-PLAND-ACH#735 |
| INVOICE NO. | 09186812 |
| INVOICE TOTAL | $ |
| SEE PAGE 1 |
| AMOUNT REMITTED | $ |
| COMMENTS | |
| TERMS: | |
| DUE DATE | |

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

Thank Y

---

BROOKLYN'S PIZZERIA-PLAND
4437 HEDGCOXE ROAD SUITE 116
CRYSTAL CREEK
PLAND      , TX  75024

FEDERAL ID# 14039664

| ACCOUNT NO. | 447935 |
| INVOICE NO. | 09186812 |
| DATE | 9/18/17 |
| TERMS | 14 DAYS |
| DUE DATE | 10/06/2017 |
| DELIVERY DATE | 9/19/17 |
| PHONE NO. | (214)-705-0777 |
| ROUTE | 562 |
| SEQ | 008 |
| PAGE | 2A |

| VENDOR/CUST/ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|
| AMOUNT | | | |
| 528.39 | | | |
| 226.15 | | | |
| 137.43 | | | |
| 891.97 | | | |

| INVOICE TOTAL | 891.97 |

# Labatt
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 107
SAN ANTONIO, TEXAS 78291-0137
PHONE (214) 421-4216

REMIT TO:

# Labatt
FOOD SERVICE
P.O. BOX 107
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/21/17 |
|---|---|
| ACCOUNT NO. | 447935 |

CUSTOMER

BROOKLYN'S
PIZZERIA-PLANO-
ACH#735

INVOICE NO. 09218777

| $ | AMOUNT PAID | |
|---|---|---|
| $ | | COMMENTS |

| TERMS | 14 DAYS |
|---|---|
| DUE DATE | 10/05/2017 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

| SMITH | | | TAX ID NUMBER | | | |
|---|---|---|---|---|---|---|

BROOKLYN'S PIZZERIA-PLANO-ACH#735
CRYSTAL CREEK
14637 HEDGCOXE ROAD, SUITE 116
PLANO, TX 75024

BROOKLYN'S PIZZERIA PLANO
14637 HEDGCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO, TX 75024

| ACCOUNT NO. | 447935 |
|---|---|
| INVOICE NO. | 09218777 |
| ITEMS | 9 DAYS |
| DUE DATE | 10/06/2017 |

| DELIVERY DATE | 9/22/17 |
|---|---|
| PHONE NO. | (214) 705-0777 |
| ROUTE | 546 |
| SEQ | 014 |
| PAGE | 1A |

| WH | DRIVER | L/N | M/B | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | TAX | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 0000000000000 | | | | 447930321B | | | | |
| | | | | | | | | *** WALK-IN | | | | |
| | 1 | R | | 347-9816 | 1 | 60 | 5 OZ | KEN'S DRESSING,THOUSAND ISLAND PC | 10 908169 | 13.24 C | 13.24 |
| | 2 | R | | B14-4556 | 1 | 30 | 1 LB | VENTURA MARGARINE, PRINTS NTF | 10 216128 | 31.91 C | 31.91 |
| | 3 | R | | B20-5046 | 2 | 1 | HG | BORDEN BUTTERMILK, BAKING 1% | 10 15538 | 2.39 C | 4.78 |
| | 4 | R | | B65-1220 | 2 | 6 | LB | STELLA RICOTTA WHL MILK UNWHIPPED | 10 55505 | 16.83 C | 33.66 |
| | 5 | R | | B21-9617 | 1 | 6 | 5 LB | ANDOLAKELDAF, EXTRA MELT AMERICAN Y | 10 48153 | 84.55 C | 84.55 |
| | | | | | | | | *** MEAT | | | | |
| | 6 | R | | B91-1125 | 1 | 1 | 12# | FONTANINISAUSAGE MILD ROPE | 20 161000 | 33.79 C | 33.79 |
| | 7 | R | | B92-8017 | 1 | 4 | 3 LB | FONTANINIITALIAN STYLE BEEF&GRAVY SLC | 20 409111 | 72.94 C | 72.94 |
| | 8 | R | | B93-0316 | 1 | 2 | 5 LB | MAGNIFOODGARLIC CHICKEN TOPPING | 20 757514 | 36.66 C | 36.66 |
| | 9 | R | | B93-0113 | 1 | 2 | 5 LB | BROOKLYN ITALIAN MEATBALLS PRT COOKED | 20 258174 | 35.89 C | 35.89 |
| | 10 | R | | B93-8114 | 3 | 2 | 5 LB | BROOKLYN SAUSAGE TOPPING SPICY | 20 458170 | 25.58 C | 76.74 |
| | 11 | R | | B93-8117 | 1 | 2 | 5 LB | BROOKLYN BEEF TOPPING FOR PIZZA | 20 158171 | 42.81 C | 85.62 |
| | 12 | R | | B93-8118 | 1 | 2 | 2.5 LB | BROOKLYN PEPPERONI PIZZA TOPPING | 20 558173 | 74.91 C | 74.91 |
| | 13 | R | | B93-8120 | 1 | 4 | 2.5 LB | BROOKLYN HAM ROLL TOPPING | 20 858172 | 29.97 C | 29.97 |
| | | | | | | | | *** DRY GOODS | | | | |
| | 14 | R | | 377-8016 | 1 | 64 | 38 OZ | EZ VICKCHIPS POTATO JALAPENO | 40 44441 | 30.91 C | 30.91 |
| | 15 | R | | 803-4020 | 1 | 6 | 17 OZ | EZ FOODPAN RELEASE,BUTTER FLAVORED | 40 273114 | 25.79 C | 25.79 |
| | 16 | R | | B65-1070 | 1 | 200 | 1 CT | GAMA FRANPARMESAN CHS PACKETS | 40 | 12.49 C | 12.49 |
| | 17 | R | | B65-1172 | 1 | 500 | 1 GM | MAMA FRANRED PEPPER PACKETS | 40 | 10.99 C | 10.99 |
| | | | | | | | | *** PAPER | | | | |
| | 18 | D | | 4-1428 | 1 | 1 | 18x2000 | A E P FILM, CLING GLASS CUTTER BOX64 | BOX64 B00004 | 16.09 C | 16.09 |
| | 19 | D | | 4-1490 | 1 | 1 | 24"X2000 | A E P FILM, CLING GLASS CUTTER BOX63 | BOX63 500005 | 22.68 C | 22.68 |
| | 20 | D | | 695-3000 | 1 | 250 | 1 CT | BOCKS INSERT FOR PIZZA 12" | 4012 | 21.32 C | 21.32 |

| | INVOICE TOTAL | |
|---|---|---|

ORIGINAL COPY

THIS INVOICE DOE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%)
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

BROOKLYN'S PIZZERIA-PLANO-CCHR7935
CRYSTAL CREEK
14637 HEDCOXE ROAD, SUITE 116
PLANO            TX   75024

BROOKLYN'S PIZZERIA-PLANO
14637 HEDCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO          TX  75024

ACCOUNT NO. 447935
INVOICE NO. 09218777
DATE  9/21/17

SALES PERSON: SMITH

| WH | DRIVER | L/N | W/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | WEIGHT | CUBE | FULL | EACH | VENDOR/CUST ITEM NUMBER | AMOUNT | UNIT PRICE | ROUTE | SEQ | PAGE | EXTENDED | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 447930321B | | | | | | | | 546 | 014 | 2A | | |
| | | | | | | | | HFA    CONT. Entree/carryout 4LB | 105.0 | 2.7 | 7 | | 60 100383 | | 72.10 C | | | | 72.10 | * |
| * | | 21 | D | 696-3589 | 1 | 1 | 250 CT | WALLACE  KIT-EXHVYBLKPS F.K.S.NAP13*/60 | 164.1 | 7.1 | 11 | | 60 37392 | | 22.91 C | | | | 22.91 | |
| | | 22 | D | 852-3739 | 1 | 1 | 250 CT | | | | | | | | | | | | | |
| | | | | | | | | *** PRODUCE | | | | | *** | | | | | | | |
| | | 23 | R | 980-4998 | 1 | 1 | 24 CT | LETTUCE LETTUCE ICEBERG 24 CT liner | 105.0 | 2.7 | 7 | | 80 000383 | | 16.62 C | | | | 16.62 | |
| | | 24 | R | 980-5250 | 2 | 2 | 12 CT | LETTUCE LETTUCE-ROMAINE 24 CT | 105.0 | | | | 80 05250 | | 19.63 C | | | | 19.63 | |
| | | 25 | D | 980-7009 | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | | | | | 80 12850 | | 17.36 C | | | | 17.36 | |
| | | 26 | D | 981-2850 | 1 | 1 | 20 LB | TOMATO TOMATO 5X6 2-LAYER | | | | | 80 15333 | | 25.92 C | | | | 25.92 | |
| | | 27 | D | 981-5333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER 5LB * | | | | | 80 31066 | | 4.53 C | | | | 4.53 | |
| | | 28 | D | 983-1066 | 1 | 1 | LB | HERB BASIL 1LB | | | | | | | 6.03 C | | | | 6.03 | |
| | | | | | | | | | | | | | | | | | | | 9.15 | |

WEIGHT 474.6   CUBE 27.2   FULL 33

PRICE CLASS

| | AMOUNT |
|---|---|
| WALK-IN | 160.14 |
| MEAT | 446.52 |
| DRY GOODS | 80.18 |
| PAPER | 164.25 |
| PRODUCE | 90.09 |
| | 949.18 |

INVOICE TOTAL  949.18

ORIGINAL COPY LIQUOR LICENSE # 14017

DELIVERY DATE 9/22/17
PHONE NO. (214)- 705-0777
TERMS 14 DAYS
DUE DATE 10/06/2017

FEDERAL ID# 14130684

SPECIAL INSTRUCTIONS

THIS INVOICE AND ANY RIDERS OR SCHEDULES OR SAN ANTONIO, TEXAS SOUTH CO TEXS.
ALL PAST DUE INVOICES ARE SUBJECT TO A LATE PAYMENT CHARGE OF 1 1/2% PER MONTH (ANNUAL RATE OF 18%)
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

Credits resulting from item invoiced errors as applied by the customer within one year of
the invoice. Shortages as posted at www.labattfood.com, call 1-800-MYLABATT (695-2288)
for details.

ACCEPTED BY TX

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

DATE  9/21/17
ACCOUNT NO. 447935
CUSTOMER
BROOKLYN'S PIZZERIA-PLANO
CCHR7935

INVOICE NO. 09218777
SERVICE DATE 1
COMMENTS
TERMS
DUE DATE

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.
**Thank You!**

447935  09218777

| CUSTOMER NUMBER | CUSTOMER NAME | INV # | DATE DUE | AMOUNT DUE |
|---|---|---|---|---|
| 447900 | BROOKLYN'S PIZZERIA-ALLEN-ACH #735 | 9255517 | 10/13/2017 | $1,286.52 |
| 447900 | BROOKLYN'S PIZZERIA-ALLEN-ACH #735 | 9287204 | 10/13/2017 | $1,462.60 |
| 447900 | BROOKLYN'S PIZZERIA-ALLEN-ACH #735 | 10056167 | 10/20/2017 | $1,321.87 |
| 447900 Total | | | | $4,070.99 |
| 447919 | BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735 | 9255583 | 10/13/2017 | $425.39 |
| 447919 | BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735 | 9287215 | 10/13/2017 | $699.29 |
| 447919 Total | | | | $1,124.68 |
| 447927 | BROOKLYN'S PIZZERIA-FRISCO-ACH#735 | 9255332 | 10/13/2017 | $859.61 |
| 447927 | BROOKLYN'S PIZZERIA-FRISCO-ACH#735 | 9287437 | 10/13/2017 | $592.77 |
| 447927 | BROOKLYN'S PIZZERIA-FRISCO-ACH#735 | 10038604 | 10/20/2017 | $1,117.99 |
| 447927 | BROOKLYN'S PIZZERIA-FRISCO-ACH#735 | 10056356 | 10/20/2017 | $1,478.09 |
| 447927 Total | | | | $4,048.46 |
| 447935 | BROOKLYN'S PIZZERIA-PLANO-ACH#735 | 9255516 | 10/13/2017 | $564.00 |
| 447935 | BROOKLYN'S PIZZERIA-PLANO-ACH#735 | 9287203 | 10/13/2017 | $705.82 |
| 447935 | BROOKLYN'S PIZZERIA-PLANO-ACH#735 | 10038603 | 10/20/2017 | $805.69 |
| 447935 Total | | | | $2,075.51 |
| Grand Total | | | | $11,319.64 |

Labatt Food Service
PO Box 137
San Antonio, TX 78291
210-661-4216

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 1337
SAN ANTONIO, TEXAS 74291-0137
PHONE (210) 661-4216

| | | | | ACCOUNT NO. | 447900 |
|---|---|---|---|---|---|
| | | | | INVOICE NO. | 09255517 |
| | | | | DATE | 9/25/17 |

BROOKLYN'S PIZZERIA-ALLEN-ACH #735
MCDERMOTT TOWN CROSSING
1314 W. MCDERMOTT DR. #170
ALLEN    , TX  75013

BROOKLYN'S PIZZERIA-ALLEN #170
1314 W. MCDERMOTT DR.
MCDERMOTT TOWN CROSSING
ALLEN    , TX  75013

SALES PERSON: SMITH

TAX ID NUMBER: 0320011217709

| W H | DRIVER | L N S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | SPECIAL INSTRUCTIONS | VENDOR/COST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *** WALK-IN | | *** | | | |
| | /3 | R | 266-4001 | 1 | 1 | 14 OZ | ROLAND  ANCHOVIES FLAT FILLET | 46.47 | 10 18150 | 9.83 C | 9.83 | |
| | | R | 864-7692 | 4 | 8 | 5 LB | SAPUTO COMMOZZARELLA, WHL MILK LOAF | 46.55 | 10 84466 | 2.08 C | 385.96 | |
| | | | | | 185 | 54.BS | | | | | | |
| | /3 | R | 864-7698 | 5 | 8 | 48.63 | LA GONDOLPIZZA CHEESE WHOLE MILK | 48.92 48.27 | 10 01014 | 1.84 C | 447.08 | |
| | /4 | R | 864-7827 | 1 | 242 | 98LBS | STELLA  PROVOLONE NON SMOKED | | 10 810420 | 2.07 C | 24.84 | |
| | | | | | 1 | 12 LB | | | | | | |
| | | | | | | 12.00 | | | | | | |
| | /5 | R | 865-1368 | 1 | 12 | 00LBS | STELLA  PARMESAN CHEESE SHAVED | | 10 87231 | 44.31 C | 44.31 | |
| | | | | | 2 | 5 LB | | | | | | |
| | | | | | | | *** DRY GOODS | | *** | | | |
| | /6 | D | 113-1125 | 1 | 20 | 16.9 OZ | BROOKLYN'WATER, DRINKING | | 40 02020 | 8.56 C | 8.56 | |
| | /7 | D | 127-1246 | 1 | 24 | 12 OZ | I.B.C.  ROOT BEER REGULAR | | 40 05250 | 12.65 C | 12.65 | |
| | /8 | D | 127-1253 | 1 | 12 | 12 OZ | I.B.C.  CREAM SODA | | 40 72796 | 6.89 C | 6.89 | |
| | /9 | D | 286-0008 | 6 | 6 | 6.56 LB | HEINZ  6N1 GROUND TOMATOES POUCH | | 40 456994 | 22.62 C | 135.72 | |
| | /10 | D | 382-0157 | 8 | 1 | 50 LB | REMARKABLFLOUR, WHEAT BLEACHED. | | 40 557122 | 16.76 C | 134.08 | |
| | | | | | | | *** PRODUCE | | *** | | | |
| | /11 | W | 980-4998 | 1 | 1 | 24 CT | LETTUCE  LETTUCE ICEBERG 24 CT liner | | 80 000233 | 18.13 C | 18.13 | |
| | /12 | W | 980-5250 | 2 | 1 | 12 CT | LETTUCE  LETTUCE ROMAINE 24 CT | | 80 05250 | 18.74 C | 37.48 | |
| | /13 | W | 980-7009 | 1 | 1 | 10 LB | MUSHROOM  MUSHROOM (GENERIC-FS) | | 80 | 17.36 C | 17.36 | |
| | /14 | W | 981-5333 | 1 | 1 | 5 LB | CUCUMBER  CUCUMBER  SLB * | | 80 15333 | 3.63 C | 3.63 | |

4479049548

ORIGINAL COPY

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 1337
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| | DATE |
|---|---|
| | 9/25/17 |

ACCOUNT NO. 447900

CUSTOMER

BROOKLYN'S
PIZZERIA-ALLEN-
ACH #735

INVOICE NO. 09255517

AMOUNT DUE $

AMOUNT PAID $

COMMENTS

TERMS: 14 DAYS
DUE DATE 10/13/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

| ACCOUNT NO. | INVOICE NO. | DATE | TERMS | PAGE |
|---|---|---|---|---|
| 447900 | 09255517 | 9/25/17 | 14 DAYS | 1A |

PHONE NO. (972) 359-7144
ROUTE NO. 562  SEQ 019
DELIVERY DATE 9/26/17
DUE DATE 10/13/2017

INVOICE TOTAL

**Labatt**
FOOD SERVICE
4600 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX I.D. NUMBER: 032001121709

| ACCOUNT NO. | INVOICE NO. |
|---|---|
| 4479000 | 09255517 |
| DATE | 7/25/17 |

ACCOUNT NO. 4479000
INVOICE NO. 09255517
DATE 9/25/17
TERMS 14 DAYS
DUE DATE 10/13/2017
PAGE 2A

BROOKLYN'S PIZZERIA-ALLEN-ACH #735
MCDERMOTT TOWN CROSSING
1314 W. MCDERMOTT DR. #170
ALLEN          , TX  75013

BROOKLYN'S PIZZERIA-ALLEN #170
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN          , TX  75013

PHONE NO. (972) 359-1144
ROUTE 562   SEQ 019

DELIVERY DATE 9/26/17

4479049548

| PRICE CLASS | WEIGHT | CUBE | LABEL DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| | | | TOTAL TAX 8.250% | | |
| | | | FULL   EACH | | |
| WALK-IN | 452.7 | 8.4 | 12 | | 912.02 |
| DRY GOODS | 751.5 | 16.3 | 17 | | 297.90 |
| PRODUCE | 144.0 | 8.9 | 5 | | 76.60 |
| | 1,358.2 | 33.6 | 34 | | 1,286.52 |

INVOICE TOTAL 1,286.52

ORIGINAL DRIVERS LICENSE # 14017

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/25/17 |
|---|---|
| ACCOUNT NO. | 4479000 |
| CUSTOMER | BROOKLYN'S PIZZERIA-ALLEN-ACH #735 |
| INVOICE NO. | 09255517 |
| INVOICE TOTAL | SEE PAGE 1 |
| AMOUNT REMITTED $ | |
| COMMENTS | |
| TERMS: | |
| DUE DATE: | |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| | |
|---|---|
| DATE | 9/28/17 |
| ACCOUNT NO. | 447900 |

CUSTOMER

BROOKLYN'S
PIZZERIA-ALLEN-
ACH #735

| | |
|---|---|
| INVOICE NO. | 09287204 |
| AMOUNT | $ |
| AMOUNT | $ 155.73 |

COMMENTS

TERMS: 14 DAYS
DUE DATE: 10/13/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

| ACCOUNT NO. | INVOICE NO. | DATE | TERMS | DUE DATE |
|---|---|---|---|---|
| 447900 | 09287204 | 9/28/17 | 14 DAYS | 10/13/2017 |

SALES PERSON: SMITH

TAX I.D. NUMBER: 03200112170 9

SOLD TO: BROOKLYN'S PIZZERIA-ALLEN-ACH #735
MCDERMOTT TOWN CROSSING
1314 W. MCDERMOTT DR. #170
ALLEN, TX 75013

SHIP TO: BROOKLYN'S PIZZERIA-ALLEN #735
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN, TX 75013

| PHONE NO. | ROUTE | STG | PAGE |
|---|---|---|---|
| 359-1144 | 546 | 026 | 1A |

DELIVERY DATE: 9/29/17

| LN | DRIVER | L/S | W/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** WALK-IN *** | | | | |
| 1 | | R | | 032-7897 | 1 | 4 | 1 GAL. | KEN'S MAYONNAISE HEAVY DUTY | 10 105041 | 35.58 | 35.58 | C |
| 2 | | R | | 043-8561 | 1 | 4 | 1 GAL. | KEN'S DRESSING ITALIAN GOLDEN | 10 908581 | 38.30 | 38.30 | C |
| 3 | | R | | 428-2214 | 1 | 6 | 5# | FRESH GR CHOPPED GARLIC | 10 101008 | 124.25 | 124.25 | C |
| 4 | | R | | 820-5046 | 3 | 1 | HG | BORDEN BUTTERMILK BAKING 1X | 10 155388 | 2.39 | 7.17 | C |
| 5 | | R | | 864-6034 | 1 | 1 | 5 LB | STELLA BLUE CHEESE CRUMBLES | 10 484603 | 16.42 | 16.42 | C |
| 6 | | D | | 980-0023 | 1 | 1 | 5 LB | WOODLAND DRIED CRANBERRIES 20300 | 10 240066 | 16.45 | 16.45 | C |
| | | | | | | | | *** MEAT *** | | | | |
| 7 | | F | | 893-0316 | 1 | 2 | L3 | MAGNIFOODGARLIC CHICKEN TOPPING | 20 757514 | 36.66 | 36.66 | C |
| 8 | | F | | 893-8113 | 1 | 2 | 5 LB | BROOKLYN ITALIAN MEATBALLS PRT | 20 258174 | 35.89 | 35.89 | C |
| 9 | | F | | 893-8114 | 4 | 2 | 5 LB | BROOKLYN SAUSAGE ITALIAN SPICY COOKED | 20 458170 | 25.58 | 102.32 | C |
| 10 | | F | | 893-8117 | 2 | 1 | 5 LB | BROOKLYN BEEF TOPPING FOR PIZZA | 20 158171 | 42.81 | 85.62 | C |
| 11 | | F | | 893-8118 | 1 | 2 | 12.5 LB | BROOKLYN PEPPERONI PIZZA TOPPING | 20 158173 | 74.91 | 74.91 | C |
| 12 | | F | | 893-8120 | 2 | 4 | 2.5 LB | BROOKLYN PORK ROLL TOPPING | 20 859172 | 29.97 | 59.94 | C |
| | | | | | | | | *** DRY GOODS *** | | | | |
| 13 | | D | | 56-6844 | 1 | 6 | #10 | GIFT OF PINEAPPLE, TIDBITS NAT JUICE | 40 03092 | 33.81 | 33.81 | C |
| 14 | | F | | 198-3006 | 1 | 4 | 1 GL | CAJUN CHEJALAPENOS, SLICED (GLASS) | 40 31300 | 27.97 | 27.97 | C |
| 15 | | D | | 286-0006 | 4 | 6 | 6.56 LB | HEINZ 6N1 GROUND TOMATOES POUCH | 40 456994 | 22.62 | 90.48 | C |
| 16 | | D | | 377-4537 | 1 | 4 | 2.5 LB | FRESH GOUCROUTONS, CHEESE&GARLIC TFF | 40 174537 | 21.03 | 21.03 | C |
| 17 | | D | | 382-1414 | 1 | 200 | 3.5 GM | FRAGATA PEPPERONCINI, WHOLE MILD | 40 041011 | 25.18 | 25.18 | C |
| 18 | | F | | 665-1170 | 1 | 1 | | MAMA FRAN PARMESAN CHS PACKETS | 40 041011 | 12.49 | 24.98 | C |
| | | | | | | | | *** CLEANING SUPPLIES *** | | | | |
| 19 | | D | | 842-8920 | 1 | 4 | 1 GL | ECOLAB DETERGENT, SINK PANTASTIC | 50 212963 | 95.16 | 95.16 | C |
| 20 | | F | | 845-8554 | 1 | 4 | 1.5 GL | ECOLAB RINSE AID, LTEMP ULTRA DRY | 50 815172 | 155.73 | 155.73 | C |

| | |
|---|---|
| INVOICE TOTAL | 155.73 |

ACCEPTED BY X

**ORIGINAL COPY**

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL ITEMS INVOICED ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (18% PER ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

# Labatt
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

**REMIT TO:**

# Labatt
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| | |
|---|---|
| ACCOUNT NO. | 447900 |
| INVOICE NO. | 09287204 |
| DATE | 9/28/17 |

| DATE | 9/28/17 |
|---|---|
| ACCOUNT NO. | 447900 |
| CUSTOMER | BROOKLYN'S PIZZERIA-ALLEN-ACH #735 |
| INVOICE NO. | 09287204 |

BROOKLYN'S PIZZERIA-ALLEN-ACH #735

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

| ACCOUNT NO. | INVOICE NO. | | ROUTE | SEQ | PAGE |
|---|---|---|---|---|---|
| 447900 | 09287204 | | 544 | 026 | 2A |
| | DATE | 9/28/17 | TERMS 4 DAYS | DUE DATE | 10/13/2017 |

**SOLD TO:**
BROOKLYN'S PIZZERIA-ALLEN-ACH #735
MCDERMOTT TOWN CROSSING
1314 W. MCDERMOTT DR. #170
ALLEN , TX 75013

**SHIP TO:**
BROOKLYN'S PIZZERIA-ALLEN #170
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN , TX 75013

TAX I.D. NUMBER: 03200112170

SALES PERSON: SMITH

PHONE NO. (972)-359-1144

DELIVERY DATE 9/29/17

| L N S | W N S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | USER DESCRIPTION | WEIGHT | CUBE | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ***  PAPER | | | | | |
| 21 | R | 671-9450 | 1 | 6000 | 12 X 13 | SELECT NAPKIN DISP SERV-RITE MOKA | | | 60 367095 | 35.80 C | 35.80 |
| 22 | R | 695-3000 | 3 | 250 | CT | SOCKS INSERT FOR PIZZA 12" | | | 60 05250 | 21.32 C | 63.96 |
| 23 | R | 785-9517 | 1 | 500 | 5" | CLEARVIEWCONTAINER 4-COMP.HINGE CLEAR | | | 60 704824 | 51.07 C | 51.07 |
| | | | | | | ***  PRODUCE | | | | | |
| 24 | R | 980-4998 | 2 | 1 | 24 CT | LETTUCE ICEBERG 24 CT liner | 127.3 | 5.6 | 80 000233 | 18.13 C | 36.26 |
| 25 | R | 980-5250 | 2 | 1 | 12 CT | LETTUCE ROMAINE 24 CT | 150.6 | 7.6 | 80 05250 | 18.74 C | 37.48 |
| 26 | R | 980-7009 | 1 | 1 | 10 LB | MUSHROOM (GENERIC-FS) | 312.0 | 7.8 | 80 | 17.36 C | 17.36 |
| 27 | R | 981-2850 | 1 | 1 | 20 LB | TOMATO 5x6 2-LAYER | 80.0 | 2.4 | 80 12950 | 25.92 C | 25.92 |
| 28 | R | 981-3189 | 1 | 1 | 5LB LB | ONION RED JUMBO | 75.8 | 13.0 | 80 13189 | 16.81 C | 16.81 |
| 29 | R | 981-4930 | 1 | 4 | 2.5 LB | SPINACH CLEAN/TRIM FLAT LEAF | 259.6 | 16.4 | 80 700023 | 17.35 C | 17.35 |
| 30 | R | 981-5333 | 1 | 1 | 5 LB | CUCUMBER SLB * | | | 80 15333 | 3.63 C | 3.63 |
| 31 | R | 981-5659 | 1 | 1 | 12 CT | ONION GREEN MED 12CT * | | | 80 | 13.01 C | 13.01 |
| 32 | R | 982-1026 | 1 | 1 | 10 LB | PEAR 10LB * | | | 80 | 9.37 C | 9.37 |
| 33 | R | 983-1066 | 1 | 1 | 1 LB | BASIL 1LB | | | 80 31066 | 6.03 C | 6.03 |

TOTAL TAX 8.250% EACH

| PRICE CLASS | WEIGHT | CUBE | | AMOUNT |
|---|---|---|---|---|
| WALK-IN | 10 | 5.6 | 8 | 238.17 |
| MEAT | 20 | 7.6 | 11 | 395.34 |
| DRY GOODS | 40 | 7.8 | 10 | 223.45 |
| CLEANING SUPPLIES | 50 | 2.4 | 2 | 271.59 |
| PAPER | 60 | 13.0 | 5 | 150.83 |
| PRODUCE | 80 | 16.4 | 12 | 183.22 |
| | 1,005.3 | 52.8 | 49 | 1,452.60 |

FEDERAL EMP# 45956056

SPECIAL INSTRUCTIONS FULL

INVOICE TOTAL: 1,452.60

ORIGINAL DEALERS LICENSE # 1401

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS
ALL PRODUCE SOLD AND SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

4477900  09287204

# Labatt
FOOD SERVICE
1305 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX ID NUMBER: 03200112170?

**ACCOUNT NO.** 447900
**INVOICE NO.** 10056167
**DATE** 10/05/17
**TERMS** 14 DAYS
**DUE DATE** 10/20/2017

**BROOKLYN'S PIZZERIA-ALLEN-ACH #735**
MCDERMOTT TOWN CROSSING
1314 W. MCDERMOTT DR. #170
ALLEN, TX 75013

**BROOKLYN'S PIZZERIA-ALLEN**
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN, TX 75013

FEDERAL EXPRESS/SHARE
SPECIAL INSTRUCTIONS: 4479033089

**DELIVERY DATE** 10/06/17
**PHONE NO.** (972)-359-1144
**ROUTE** 546
**SEQ** 015
**PAGE** 1A

| WH | DRIVER | L/N/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/DOT ITEM NUMBER | UNIT PRICE | EXTENDED | TAX |
|----|--------|-------|--------------------|----------|------|------|-------------------|------------------------|-----------|----------|-----|
|    |        |       |                    |          |      |      | *** WALK-IN       |                        |           |          |     |
| 1  | R      | 1     | 864-7692           | 1        | 8    | 8 LB | SAPUTO GONDOZZARELLA, WHL MILK LOAF | 10 84466 | 2.20 C | 102.65 |   |
|    |        |       |                    |          |      | 46.66LBS |               |                        |           |          |     |
| 2  | R      | 2     | 864-7698           | 2        | 8    | 8 LB | A GONDOLPIZZA CHEESE WHOLE MILK | 10 01014 | 1.67 C | 163.29 |   |
|    |        |       |                    |          |      | 48.92 | 48.86          |                        |           |          |     |
|    |        |       |                    |          |      | 97.78LBS |               |                        |           |          |     |
|    |        |       |                    |          |      |      | *** MEAT          |                        |           |          |     |
| 3  | F      | 3     | B93-8114           | 2        | 2    | 5 LB | BROOKLYN SAUSAGE TOPPING SPICY | 20 458170 | 24.15 C | 48.30 |   |
| 4  | F      | 4     | B93-8118           | 2        | 2    | 12.5 LB | BROOKLYN PEPPERONI PIZZA TOPPING | 20 558173 | 70.79 C | 141.58 |   |
| 5  | F      | 5     | B93-8120           | 1        | 4    | 2.5 LB | BROOKLYN PORK ROLL TOPPING | 20 858172 | 27.88 C | 27.88 |   |
|    |        |       |                    |          |      |      | *** DRY GOODS     |                        |           |          |     |
| 6  | D      | 6     | 113-1125           | 1        | 20   | 16.9 OZ | BROOKLYN WATER, DRINKING | 40 02020 | 8.56 C | 8.56 |   |
| 7  | D      | 7     | 201-5871           | 1        | 6    | 3 KG | DEL DESIRED PEPPER STRIPS, FIRE RSTD | 40 04945 | 31.98 C | 31.98 |   |
| 8  | D      | 8     | 286-0008           | 4        | 6    | 6.56 LB | HEINZ 6N1 GROUND TOMATOES POUCH | 40 456994 | 22.62 C | 90.48 |   |
| 9  | D      | 9     | 382-0157           | 6        | 1    | 50 LB | REMARKABLFLOUR, WHEAT BLEACHED | 40 557122 | 16.76 C | 100.56 |   |
|    |        |       |                    |          |      |      | *** CLEANING SUPPLIES |                    |           |          |     |
| 10 | D      | 10    | 845-2872           | 1        | 1    | 5 GL | ECOLAB DETERGENT, LTEMP ULTRAKLENE | 50 712716 | 114.44 C | 114.44 |   |
|    |        |       |                    |          |      |      | *** PAPER         |                        |           |          |     |
| 11 | D      | 11    | 573-0111           | 1        | 200  | 38 X 60 | A E F LINER, 60GAL .14MIC NATURAL | 60 609513 | 30.44 C | 30.44 |   |

**INVOICE TOTAL**

ORIGINAL COPY

THIS INVOICE DOC MAY PRODUCE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE OF 1-1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

---

## REMIT TO:

# Labatt
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

**DATE** 10/05/17
**ACCOUNT NO.** 447900

**CUSTOMER**
BROOKLYN'S PIZZERIA-ALLEN-ACH #735

**INVOICE NO.** 10056167
**AMOUNT REMITTED** $
**AMOUNT DUE** $
**COMMENTS**

**TERMS** 14 DAYS
**DUE DATE** 10/20/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 170
SAN ANTONIO, TEXAS 78265-0137
PHONE (210) 661-4215

SALES PERSON: SMITH

TAX ID NUMBER: 032001121709

DRIVER: SMITH

| WH | L/N/S | W/I/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | | PHONE NO | QUANTITY SHIPPED ITEM NUMBER | UNIT PRICE | | EXTENDED |
|----|------|------|--------------------|----------|------|------|-------------------|--|----------|------|------------|--|----------|
| 12 | D | | 681-4301 | 1 | 6 | 900' | ENMOTION TOWEL, ROLL WHITE 10"X 800' | 60 | 89460 | 67.93 | C | | 67.93 |
| 13 | D | | 695-3000 | 3 | 250 | CT | BOCKS INSERV FOR PIZZA 12" | 60 | 4012 | 21.32 | C | | 63.96 |
| 14 | D | | 714-0073 | 1 | 20 | 125 CT | BOLO LISERV SOUFFLE 1.5 2.5OZ CLEAR | 60 | 807405 | 23.02 | C | | 23.02 |
| 15 | D | | 714-5576 | 1 | | 1 CT | BOLO SOUFFLE OZ FOAM | 60 | 539464 | 49.95 | C | | 49.95 |
| 16 | D | | 730-1666 | 1 | 2500 | 500 CT | DART CUP, 12 OZ PLASTIC BLACK | 60 | 539464 | 29.98 | C | | 29.98 |
| 17 | D | | 730-4074 | 1 | 1 | 500 CT | DURO -LID, 24 SERIES-STRAW SLOT TRANS | 60 | 520060 | 10.20 | C | | 10.20 |
| 18 | D | | 768-4509 | 1 | 1 | 500 CT | DURO BAG, PAPER WHITE 12LB | 60 | 51032 | 19.77 | C | | 19.77 |
| | | | | | | | *** PRODUCE *** | | | | | | |
| 19 | D | | 980-4998 | 1 | 1 | 24 CT | LETTUCE LETTUCE ICEBERG 24 CT liner | 80 | 000233 | 32.36 | C | | 32.36 |
| 20 | D | | 980-5250 | 2 | 1 | 12 CT | LETTUCE LETTUCE ROMAINE 24 CT | 80 | 05250 | 23.92 | C | | 47.84 |
| 21 | D | | 980-7009 | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | 80 | 12850 | 17.36 | C | | 17.36 |
| 22 | D | | 981-2850 | 1 | 1 | 20 LB | TOMATO TOMATO 5X6 2-LAYER | 80 | 700023 | 25.92 | C | | 25.92 |
| 23 | D | | 981-4930 | 4 | 4 | 2.5 LB | SPINACH SPINACH CLEAN/TRIM-FLAT-LEAF | 80 | 760023 | 17.11 | C | | 17.11 |
| 24 | D | | 981-5333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER 5LB * | 80 | 15333 | 2.73 | C | | 2.73 |
| 25 | D | | 981-1655 | 1 | 1 | 12 CT | ONION ONION GREEN MED 12CT * | 80 | | 12.95 | C | | 12.95 |
| 26 | D | | 982-1026 | 1 | 1 | 10 LB | PEAR PEAR 10LB * | 80 | | 9.31 | C | | 9.31 |
| 27 | D | | 983-1066 | 1 | 1 | 1 LB | HERB BASIL 1LB | 80 | 310686 | 6.03 | C | | 6.03 |
| 28 | D | | 984-1552 | 1 | 3 | 3 LB | LETTUCE SPRING MIX* | 80 | 41552 | 7.73 | C | | 7.73 |

ACCOUNT NO 447900
INVOICE NO 10056167
DATE 10/05/17

TERMS 44 DAYS
DUE DATE 10/20/2017

DELIVERY DATE 10/06/17

ROUTE 546   SEQ 015   PAGE 2A

TOTAL TAX 8.250%

| PRICE CLASS | WEIGHT | CUBE | FULL | EACH | AMOUNT |
|-------------|--------|------|------|------|--------|
| WALK-IN | 144.4 | 2.6 | 3 | | 265.94 |
| MEAT | 31.0 | 3.8 | 5 | | 217.76 |
| DRY GOODS | 549.0 | 12.0 | 12 | | 231.58 |
| CLEANING SUPPLIES | 56.3 | 1.3 | 1 | | 123.86 |
| PAPER | 130.7 | 21.4 | 10 | | 303.37 |
| PRODUCE | 192.6 | 13.6 | 11 | | 179.34 |
| | 1,154.0 | 54.7 | 42 | | 1,321.87 |

**INVOICE TOTAL: 1,321.87**

ORIGINAL COPY   BUYERS LICENSE #   1407

447900   10056167

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 170
SAN ANTONIO, TEXAS 78265-0137
(210) 661-4216

DATE 10/05/17
ACCOUNT NO. 447900

CUSTOMER:
BROOKLYN'S
PIZZERIA-ALLEN-
ACH #735

INVOICE NO. 10056167
INVOICE DATE 10/05/17

COMMENTS

TERMS
DUE DATE

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

BROOKLYN'S PIZZERIA-ALLEN-ACH #735
S MCDERMOTT TOWN CROSSING
H 1314 W. MCDERMOTT DR. #170
I ALLEN , TX 75013

447903030B9

BROOKLYN'S PIZZERIA-ALLEN
1314 W. MCDERMOTT DR. #170
MCDERMOTT TOWN CROSSING
ALLEN , TX 75013

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS. ALL INVOICES PAST DUE SUBJECT TO A SERVICE CHARGE AT THE HIGHEST RATE PERMITTED BY LAW. ALL GOODS SOLD F.O.B. SAN ANTONIO, TEXAS. BUYER ASSUMES RISK OF LOSS. ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

# Labatt
## FOOD SERVICE

4600 INDUSTRY PARK DRIVE
P.O. BOX 239
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH

| TAX I.D. NUMBER | ACCOUNT NO. | INVOICE NO. | DATE | PAGE |
|---|---|---|---|---|
| 03200121709 | 447919 | 09256583 | 9/25/17 | 1A |

**BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735**
THE PLAZA AT STONERIDGE
4900 ELDORADO PARKWAY #140
MCKINNEY , TX 75070

**BROOKLYN'S PIZZERIA-MCKINNEY**
4900 ELDORADO PARKWAY #140
MCKINNEY , TX 75070

| DELIVERY DATE | PHONE NO. | TERMS | ROUTE | SEQ | DUE DATE |
|---|---|---|---|---|---|
| 9/26/17 | (972)540-5561 | 14 DAYS | 544 | 002 | 10/13/2017 |

Invoice 4479134595

| WH | DRIVER | M/S | LN | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *** WALK-IN | | | | |
| | 1 | R | 1 | 864-6034 | 1 | 1 | 5 LB | STELLA BLUE CHEESE, CRUMBLES 20300 | 10 464403 | 16.42 C | 16.42 | |
| | 2 | R | 2 | 864-7642 | 1 | 8 | 5 LB  46.14 | SAPUTO GOMOZZARELLA, WHL MILK LOAF | 10 84466 | 2.08 C | 95.97 | |
| | 3 | R | 3 | 864-7698 | 1 | 8 | 6 LB  49.85 | LA GONDOL PIZZA CHEESE WHOLE MILK | 10 01014 | 1.84 C | 89.88 | |
| | | | | | | | | *** MEAT | | | | |
| | 4 | R | 4 | 893-8114 | 1 | 2 | 5 LB | BROOKLYN SAUSAGE TOPPING SPICY | 20 458170 | 25.58 C | 25.58 | |
| | 5 | R | 5 | 893-8118 | 1 | 2 | 12.5 LB | BROOKLYN PEPPERONI PIZZA TOPPING | 20 558173 | 74.91 C | 74.91 | |
| | 6 | R | 6 | 893-8120 | 1 | 4 | 2.5 LB | BROOKLYN PORK ROLL TOPPING | 20 858172 | 29.97 C | 29.97 | |
| | | | | | | | | *** DRY GOODS | | | | |
| | 7 | D | 7 | 127-1253 | 1 | 12 | 12 OZ | I.B.C. CREAM SODA | 40 72796 | 6.89 C | 6.89 | |
| | 8 | D | 8 | 382-0157 | 3 | 1 | 50 LB | REMARKABL FLOUR, WHEAT BLEACHED | 40 557122 | 16.76 C | 50.28 | |
| | | | | | | | | *** PRODUCE | | | | |
| | 9 | R | 9 | 980-4998 | 1 | 1 | 24 CT | LETTUCE LETTUCE ICEBERG 24 CT liner | 80 000233 | 18.13 C | 18.13 | |
| | 10 | R | 10 | 980-7009 | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | 80 | 17.36 C | 17.36 | |

TOTAL TAX 8.250%   .00

| WEIGHT | CUBE | FULL | EACH |
|---|---|---|---|
| 100.0 | 1.9 | | 3 |

| AMOUNT | INVOICE TOTAL |
|---|---|
| 202.27 | 202.27 |

PRICE CLASS: WALK-IN

THIS INVOICE IS PAST AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE CALCULATED AT A PERIODIC RATE OF 1.5% PER MONTH (ANNUAL RATE OF 18%). ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

Credit including from this invoice and be applied by the customer while you pay it. Is received. Customers are posted at www.Labatt.com. Call 1-800-934-8722 (CALL HELP) ACCEPTED BY X

ORIGINAL COPY

---

**REMIT TO:**

# Labatt
### FOOD SERVICE

P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/25/17 |
|---|---|
| ACCOUNT NO. | 447919 |

CUSTOMER:
**BROOKLYN'S PIZZERIA-MCKINN EY-ACH#735**

INVOICE NO.: 09256583

| AMOUNT $ | | |
|---|---|---|

COMMENTS:

| TERMS | DUE DATE |
|---|---|
| 14 DAYS | 10/13/2017 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

## Thank You!



**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH
TAX I.D. NUMBER: 032001121709

| | BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735 | | BROOKLYN'S PIZZERIA-MCKINNEY |
| S | THE PLAZA AT STONEBRIDGE | | 4900 ELDORADO PARKWAY #140 |
| D | 4900 ELDORADO PARKWAY #140 | T | |
| T | MCKINNEY, TX 75070 | O | MCKINNEY, TX 75070 |

ACCOUNT NO 447919
INVOICE NO 09256583
DATE 9/25/17
TERMS 14 DAYS
DUE DATE 10/13/2017
ROUTE 544   SEQ 002   PAGE 2A

DELIVERY DATE 9/26/17
PHONE NO (972) 540-5561

Invoice number: 44791134595

| WH | LABATT ITEM NUMBER | SIZE | QUANTITY | PACK | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| MEAT | | 20   45.5   2.1 | | | 3 | | | 130.46 |
| DRY GOODS | | 40   183.5   3.9 | | | 4 | | | 57.17 |
| PRODUCE | | 80   55.0   3.1 | | | 2 | | | 35.49 |
| | | 384.0   11.0 | | | 12 | | | 425.39 |

INVOICE TOTAL 425.39

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL INVOICE AMOUNTS ARE SUBJECT TO A SERVICE CHARGE AT 1 1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

ORIGINAL DEALERS LICENSE # 14017

447919   09256583

Credits resulting from this invoice must be applied by the customer within one year to be honored. Shipments are paid at www.labattfood.com; call 1-800-299-8724 for details.

ACCEPTED BY X

---

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

DATE 9/25/17
ACCOUNT NO. 447919
CUSTOMER BROOKLYN'S PIZZERIA-MCKINNEY

INVOICE NO. 09256583
INVOICE TOTAL $ SEE PAGE 1
AMOUNT REMITTED $

COMMENTS

TEXAS:
DUE DATE:

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

**Labatt**
FOOD SERVICE
6500 INDUSTRY PARK DRIVE
P.O. BOX 100
SAN ANTONIO, TEXAS 78291-0127
PHONE (210) 661-4216

SALES PERSON

TAX I.D. NUMBER

SMITH

TAX I.D. NUMBER: 032001121709

| WH | DRIVER | L/N | W/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | | LABEL DESCRIPTION | VENDOR/COST ITEM NUMBER | | UNIT PRICE | | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Friday 9/29 Delivery 4479142710 | | | | | |
| | | | | | | | | | *** WALK-IN | | | | | |
| 1 | D | 1 | | 345-8965 | 1 | 4 | 1 GAL | | KEN'S   DRESSING, CAESAR TABLE SIDE | 10 | 508141 | 57.59 | C | 57.59 |
| 2 | R | 1 | | 864-7692 | 1 | 8 | 5 LB | | SAPUTO 60MOZZARELLA, WHL MILK LOAF | 10 | 844466 | 2.08 | C | 97.26 |
| | | | | | | | 46.76 LB | | | | | | | |
| 3 | R | 2 | | 864-7698 | 2 | 8 | 6 LB | | LA QONDOLPIZZA CHEESE WHOLE MILK | 10 | 01014 | 1.84 | C | 179.95 |
| | | | | | | | 48.76 LB | | 49.04 | | | | | |
| | | | | | | | 97.80LBS | | | | | | | |
| | | | | | | | | | *** FROZEN | | | | | |
| 4 | F | 1 | | 924-0584 | 1 | 12 | 6 CT | | TURANO   BREAD, HEARTH FRENCH ROLL 7"30 | 08134 | | 29.10 | C | 29.10 |
| | | | | | | | | | *** DRY GOODS | | | | | |
| 5 | D | 1 | | 201-3003 | 1 | 4 | 1 GAL | | COUNTRYDAPEPPERS, SWEET SLICED STRIPS | 40 | 01032 | 44.40 | C | 44.40 |
| 6 | D | 2 | | 286-0009 | 2 | 6 | 56 LB | | HEINZ   6N1 GROUND TOMATOES POUCH | 40 | 456994 | 22.62 | C | 45.24 |
| 7 | D | 1 | | 377-4537 | 1 | 4 | 2.5 B | | FRESH GOURCROUTONS, CHEESE&GARLIC IFF | 40 | 174537 | 21.03 | C | 21.03 |
| 8 | D | 3 | | 382-0157 | 3 | 50 | 50 LB | | REMARKABLFLOUR, WHEAT BLEACHED | 40 | 557122 | 16.76 | C | 50.28 |
| 9 | D | 1 | | 865-1170 | 1 | 200 | 3.5 GM | | MAMA FRANFARMESAN CHS PACKETS | 40 | | 12.49 | C | 12.49 |
| 10 | D | 1 | | 865-1172 | 1 | 500 | 1 GM | | MAMA FRANRED PEPPER PACKETS | 40 | | 10.99 | C | 10.99 |
| | | | | | | | | | *** PAPER | | | | | |
| 11 | D | 1 | | 695-3000 | 1 | 250 | CT | | BOCKS   INSERT FOR PIZZA 12" | 60 | 4012 | 21.32 | C | 21.32 |
| 12 | D | 1 | | 696-3015 | 1 | 500 | 500 CT | | HFA   LID,Board for 2-1/41b | 60 | 600292 | 29.02 | C | 29.02 |
| 13 | D | 1 | | 729-4507 | 1 | 1000 | 1 CT | | DART   CUP, 12 OZ TALL FOAM | 60 | 420009 | 27.92 | C | 27.92 |

BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735
THE PLAZA AT STONEBRIDGE
4900 ELDORADO PARKWAY #140
MCKINNEY          , TX 75070

BROOKLYN'S PIZZERIA-MCKINNEY #140
4900 ELDORADO PARKWAY
MCKINNEY          , TX 75070

ACCOUNT NO. 477919
INVOICE NO. 09287215
DATE 9/28/17
TERMS 14 DAYS
DUE DATE 10/13/2017

FEDERAL ID# 741290904

SPECIAL INSTRUCTIONS

DELIVERY DATE 9/29/17

PHONE NO. (972)- 540-5561

ROUTE 546   SEQ. 147   PAGE 1A

ACCOUNT NO. 477919
INVOICE NO. 09287215
DATE 9/28/17   DUE DATE 10/13/2017

ORIGINAL COPY

ACCEPTED BY X

**INVOICE TOTAL**

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 100
SAN ANTONIO, TEXAS 78291-0127
(210) 661-4216

DATE 9/28/17
ACCOUNT NO. 477919
CUSTOMER BROOKLYN'S PIZZERIA-MCKINNEY-ACH#735
INVOICE NO. 09287215
AMOUNT TERMS 14 DAYS
DUE DATE 10/13/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

THIS INVOICE AND ALL PAROLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE PRICES ARE SUBJECT TO A SERVICE CHARGE AT THE MAXIMUM (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGE OR DAMAGES MUST BE MADE UPON RECEIPT.

**Labatt**
FOOD SERVICE
4600 INDUSTRY PARK DRIVE
P.O. BOX 577
SAN ANTONIO, TEXAS 78291-0217
PHONE (210) 661-4216

TAX I.D. NUMBER

SMITH

TAX I.D. NUMBER: 032001121709

| WH | DRIVER | L N S | W N S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | U/SEL DESCRIPTION | WEIGHT | CUBE | | VENDOR/DIST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE |
|----|--------|-------|-------|--------------------|----------|------|------|-------------------|--------|------|--|--------------------------|------------|----------------|
| | | | | | | | | *** PRODUCE | | | ** | | | |
| | 14 | R | | 980-7009 | 1 | 1 | 10 LB | MUSHROOM (GENERIC-FG) | 181.6 | 3.5 | 4 | 80 12850 | 17.36 C | 17.36 |
| | 15 | R | | 981-2850 | 1 | 1 | 20 LB | TOMATO 5X6 2-LAYER | 20.0 | 2.4 | 1 | 80 | 25.92 C | 25.92 |
| | 16 | D | | 981-5333 | 1 | 1 | 5-LB | CUCUMBER -SLB * | 294.5 | 8.1 | 9 | 80 15333 | 3.63 C | 3.63 |
| | 17 | R | | 981-5655 | 1 | 1 | 12 CT | ONION GREEN MED 12CT * | 29.9 | 7.9 | 3 | 80 | 13.01 C | 13.01 |
| | 18 | D | | 982-0200 | 1 | 5 | 5 LB | PEPPER BELL GRN CHOICE 25LB * | 63.0 | 4.1 | 5 | 80 20200 | 12.78 C | 12.78 |
| | | | | | | | | TOTAL TAX B 250Z | | | | | | .00 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | WEIGHT | CUBE | FULL  EACH | | AMOUNT | |
| | | | | | | | | | 589.0 | 26.0 | 22 | | 699.29 | |

PRICE CLASS
WALK-IN
FROZEN
DRY GOODS          334.80          29.10
PAPER              184.43          79.26
PRODUCE            72.70

447919   07287215

ORIGINAL COPY BUYERS LICENSE # 17017

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
A LATE PAYMENT CHARGE WILL BE ASSESSED AT 1 1/2% PER MONTH (ANNUAL RATE OF 18%)
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT

Goods selling from firm request must be applied by the customer when any one is declared. No returns. Statement any application of www.labattfood.com, call 1-800-324-3111.

ACCEPTED BY X _____

---

**Labatt**
FOOD SERVICE

| | |
|--|--|
| ACCOUNT NO. | 447919 |
| INVOICE NO. | 07287215 |
| DATE | 9/28/17 |

BROOKLYN'S
PIZZERIA-MCKINNEY-ACH#4735
THE PLAZA AT STONEBRIDGE
4900 ELDORADO PARKWAY #140
MCKINNEY                  , TX   75070

SALES PERSON

SPECIAL INSTRUCTIONS

Friday 9/29 Delivery 4479142710

FEDERAL ID#1450604J

BROOKLYN'S PIZZERIA-MCKINNEY
4900 ELDORADO PARKWAY #140
MCKINNEY                  , TX   75070

| ACCOUNT NO. | 447919 |
| INVOICE NO. | 07287215 |
| DATE | 9/28/17 |

| TERMS 14 DAYS | DUE DATE 10/13/2017 | ROUTE 546 | SEQ 147 | PAGE 2A |

| DELIVERY DATE | 9/29/17 | PHONE NO. (972) 540-5561 | | TAX |

**INVOICE TOTAL   699.29**

---

REMIT TO:

**Labatt**
FOOD SERVICE
P.O. BOX 577
SAN ANTONIO, TEXAS 78291-0217
(210) 661-4216

| DATE | 9/28/17 |
| ACCOUNT NO. | 447919 |
| CUSTOMER | |

BROOKLYN'S
PIZZERIA-MCKINN
EY-ACH#4735

| INVOICE NO. | AV07287215 |
| SEQ | 147 |
| $ | |
| COMMENTS | |
| TERMS | |
| DUE DATE | |

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

Thank You!

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON

TAX I.D. NUMBER
032001121709

WH | DRIVER | IN/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX

SMITH

| | | | | | | | *** WALK-IN | | | | |
| 1 | R | 864-7692 | 2 | 8 | LB 46.39 | SAPUTO GDMOZZARELLA, WHL MILK LOAF 46.58 | 10 84466 | 2.08 C | 193.38 | |
| | | | | | 92 97LBS | | | | | |
| 2 | R | 864-7698 | 4 | 8 | 5 LB 48.36 | LA GONDOL PIZZA CHEESE WHOLE MILK 48.72   48.16   49.24 | 10 010014 | 1.84 C | 357.84 | |
| | | | | | 194 48LBS | | | | | |
| | | | | | | *** FROZEN | | | | |
| 3 | F | 924-0564 | 1 | 12 | 6 CT | TURANO   BREAD, HEARTH FRENCH ROLL 7"30 | 08134 | 29.10 C | 29.10 | |
| | | | | | | *** DRY GOODS | | | | |
| 4 | F | 127-1246 | 1 | 24 | 12 OZ | I.B.C.   ROOT BEER REGULAR | 40 72796 | 12.65 C | 12.65 | |
| 5 | F | 127-1253 | 1 | 24 | 12 OZ | I.B.C.   CREAM SODA | 40 456994 | 6.89 C | 6.89 | |
| 6 | D | 286-0008 | 3 | 6 | 6.56 LB | HEINZ   6N1 GROUND TOMATOES POUCH | 40 557122 | 22.62 C | 67.86 | |
| 7 | F | 382-0157 | 4 | 1 | 50 LB | REMARKABLFLOUR, WHEAT BLEACHED | | 16.76 C | 67.04 | |
| | | | | | | *** PAPER | | | | |
| 8 | D | 730-4074 | 1 | 1 | 500 CT | DART   LID, 24 SERIES STRAW SLOT | TR60 520060 | 10.19 C | 10.19 | |
| 9 | D | 768-4509 | 1 | 1 | 500 CT | DURO   BAG, PAPER WHITE 12LB | 60 51032 | 19.77 C | 19.77 | |
| | | | | | | *** PRODUCE | | | | |
| 10 | R | 980-5250 | 1 | 2 | 12 CT | LETTUCE LETTUCE ROMAINE 24 CT | 80 05250 | 18.74 C | 18.74 | |
| 11 | R | 980-7009 | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | 80 | 17.36 C | 17.36 | |

ORIGINAL COPY

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE OF 1 1/2% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

Credits resulting from this invoice must be agreed to by the customer within one day (1) to be honored. Statement of credits must be processed at www.labattfood.com or call 1-800-284-4512-4419

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
S O THE LEGACY CENTER
D 5729 LEBANON ROAD, SUITE 100
T FRISCO   , TX  75034

BROOKLYN'S PIZZERIA-FRISCO
S 5729 LEBANON ROAD SUITE 100
P THE LEGACY CENTER
P FRISCO   , TX  75034

FEDERAL ID#74129956

SPECIAL INSTRUCTIONS
4479215021

DELIVERY DATE: 9/26/17

ACCOUNT NO. 447927
INVOICE NO. 09256332
DATE 9/25/17
TERMS 14 DAYS
DUE DATE 10/13/2017
PHONE NO. (972)-377-4410
ROUTE 518   SEQ 020   PAGE 1A

INVOICE TOTAL

---

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

REMIT TO:

DATE 9/25/17
ACCOUNT NO. 447927
CUSTOMER
BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735
INVOICE NO. 09256332
AMOUNT 895061
TERMS: 14 DAYS
DUE DATE: 10/13/2017

COMMENTS

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 101
SAN ANTONIO, TEXAS 78291-0101
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX I.D. NUMBER: 032001121709

BROOKLYN'S PIZZERIA-FRISCO-ACH#735   BROOKLYN'S PIZZERIA-FRISCO

S: THE LEGACY CENTER
O: 5729 LEBANON ROAD, SUITE 100
D: FRISCO, TX 75034

S: 5729 LEBANON ROAD SUITE 100
P: THE LEGACY CENTER
T: FRISCO, TX 75034

| DRIVER | L/N | W/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABATT ITEM NUMBER | SPECIAL INSTRUCTIONS | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | AMOUNT | UNIT PRICE | | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | 12 | D | 980-8255 | 1 | 1 | 50 LB | | 4479215021 | ONION JUMBO YELLOW # 2 | 80 | | 16.46 | C | 16.46 | |
| | 13 | D | 981-2850 | 1 | 1 | 20 LB | | | TOMATO 5x6 2-LAYER | 80 12850 | | 25.92 | C | 25.92 | |
| | 14 | D | 981-5333 | 1 | 1 | 5 LB | | | CUCUMBER SLB * | 80 15333 | | 3.63 | C | 3.63 | |
| | 15 | D | 982-0200 | 1 | 5 | 5 LB | | | PEPPER BELL GRN CHOICE 25LB | 80 20200 | | 12.78 | C | 12.78 | |
| | | | | | | | | | TOTAL TAX 8.250% | | | | | .00 | |

PRICE CLASS

| | WEIGHT | CUBE | FULL | EACH | AMOUNT |
|---|---|---|---|---|---|
| ONION | 287.5 | 5.1 | 6 | | 551.22 |
| TOMATO | 20.0 | 2.4 | 1 | | 29.10 |
| CUCUMBER | 395.5 | 8.5 | 9 | | 154.44 |
| PEPPER | 22.3 | 1.5 | 2 | | 29.96 |
| | 152.0 | 7.3 | 6 | | 94.89 |
| | 877.3 | 24.8 | 24 | | 859.61 |

| WH | | | |
|---|---|---|---|
| WALK-IN | | | |
| FROZEN | | | |
| DRY GOODS | | | |
| PAPER | | | |
| PRODUCE | | | |

ACCOUNT NO. 447927
INVOICE NO. 09256332
DATE 9/25/17

TERMS 14 DAYS
DUE DATE: 10/13/2017

ROUTE 518   SEQ 020   PAGE 2A

PHONE NUMBER (9721) 377-4410

DELIVERY DATE 9/26/17

This invoice due and payable in San Antonio, Bexar County, Texas.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1.5% PER MONTH (ANNUAL RATE OF 18%)
ALL CLAIMS FOR SHORTAGE OR DAMAGE MUST BE MADE UPON RECEIPT.

ORIGINAL COPY   ORIG WHOLESALERS LICENSE # 14017

INVOICE TOTAL 859.61

REMIT TO:

**Labatt**
FOOD SERVICE
PO BOX 101
SAN ANTONIO, TEXAS 78291-0101
(210) 661-4216

DATE 9/25/17

ACCOUNT NO. 447927

CUSTOMER

BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735

INVOICE NO. 09256332

SEE PAGE 1

$ AMOUNT REMITTED

COMMENTS

TERMS

DUE DATE

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

# Labatt FOOD SERVICE

REMIT TO:
Labatt
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/28/17 |
| --- | --- |
| ACCOUNT NO. | 447927 |

CUSTOMER
BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735

INVOICE NO. 09287437

AMOUNT DUE $

COMMENTS

TERMS: 14 DAYS
DUE DATE: 10/13/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

## Labatt FOOD SERVICE
400 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

| ACCOUNT NO. | 447927 |
| --- | --- |
| INVOICE NO. | 09287437 |
| DATE | 9/28/17 |
| PAGE | 1A |

BILL TO:
BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO, TX 75034

SHIP TO:
BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO, TX 75034

| DELIVERY DATE | PHONE NO. | ROUTE | SEQ | PAGE |
| --- | --- | --- | --- | --- |
| 9/29/17 | (972) 377-4410 | 576 | 227 | 1A |

TAX ID NUMBER: 03200112709
SALES PERSON: SMITH

| DRIVER | L/N | L/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | C | 332-7897 | 1 | 4 | 1 GAL. | *** WALK-IN | | | |
| | | | | | | | KEN'S MAYONNAISE, HEAVY DUTY | 16 105041 | 35.58 C | 35.58 |
| | | | | | | | *** MEAT | | | |
| | 3 | F | 893-0316 | 1 | 2 | 5 LB | MAGNIFOOD GARLIC CHICKEN TOPPING | 20 757514 | 36.66 C | 36.66 |
| | 4 | F | 893-8112 | 1 | 2 | 5 LB | BROOKLYN ITALIAN MEATBALLS PRT COOKED | 20 258174 | 35.89 C | 35.89 |
| | 5 | F | 893-8114 | 3 | 4 | 5 LB | BROOKLYN SAUSAGE TOPPING SPICY | 20 458170 | 25.58 C | 76.74 |
| | 6 | F | 893-8117 | 1 | 4 | 5 LB | BROOKLYN BEEF TOPPING FOR PIZZA | 20 158171 | 42.81 C | 42.81 |
| | 7 | F | 893-8118 | 1 | 2 | 12.5 LB | BROOKLYN PEPPERONI PIZZA TOPPING | 20 558173 | 74.91 C | 74.91 |
| | 8 | F | 893-8120 | 1 | 4 | 2.5 LB | BROOKLYN PORK ROLL TOPPING | 20 858172 | 29.97 C | 29.97 |
| | | | | | | | *** DRY GOODS | | | |
| | 9 | D | 56-6844 | 1 | 6 | #10 | GIFT OF PINEAPPLE, TIDBITS NAT JUICE | 40 03092 | 33.81 C | 33.81 |
| | 10 | D | 127-1252 | 1 | 12 | 12 OZ | I.B.C. CREAM SODA | 40 72796 | 6.89 C | 6.89 |
| | 11 | D | 198-3006 | 1 | 4 | 1 GL | CAJUN CHEF JALAPENOS, SLICED (GLASS) | 40 31300 | 27.97 C | 27.97 |
| | 12 | D | 201-3003 | 1 | 4 | 1 GAL | COUNTRY DAY PEPPERS, SWEET SLICED STRIPS | 40 01032 | 44.40 C | 44.40 |
| | 13 | D | 803-4020 | 1 | 6 | 17 OZ | EZ COAT PAN RELEASE, BUTTER FLAVORED | 40 273114 | 25.79 C | 25.79 |
| | | | | | | | *** PAPER | | | |
| | 14 | D | 695-3000 | 1 | 250 | CT | BOCKS INSERT FOR PIZZA 12" | 60 4012 | 21.32 C | 21.32 |
| | 15 | D | 696-3014 | 1 | 1 | 500 CT | HFA CONT. 2-1/4LB Entree/Carryout | 60 900291 | 54.82 C | 54.82 |
| | | | | | | | *** PRODUCE | | | |
| | 16 | D | 960-5250 | 1 | 2 | 12 CT | LETTUCE LETTUCE ROMAINE 24 CT | 80 05250 | 18.74 C | 18.74 |
| | 17 | D | 981-3189 | 1 | 5 | 5LB LB | ONION ONION RED JUMBO | 80 13189 | 16.81 C | 16.81 |
| | 18 | D | 981-5333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER SLB * | 80 15333 | 3.63 C | 3.63 |

INVOICE TOTAL

ORIGINAL COPY

# Labatt
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78201-0137
PHONE (210) 661-4216

TAX I.D. NUMBER: 032001121709

REMIT TO:

# Labatt
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 9/28/17 |
|---|---|
| ACCOUNT NO. | 447927 |
| CUSTOMER | BROOKLYN'S PIZZERIA-FRISCO —ACH4735 |
| INVOICE NO. | 09287437 |
| | SEE PAGE 1 |
| INVOICE TOTAL | $ |
| AMOUNT REMITTED | $ |
| COMMENTS | |
| TERMS: | |
| DUE DATE: | |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

SOLD TO: BROOKLYN'S PIZZERIA-FRISCO-ACH4735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO          TX  75034

SHIP TO: BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO          TX  75034

| ACCOUNT NO. | 447927 |
|---|---|
| INVOICE NO. | 09287437 |
| DATE | 9/28/17 |
| TERMS | DAYS |
| DUE DATE | 10/13/2017 |
| ROUTE | 576 |
| SEQ | 227 |
| PAGE | 2A |

FEDERAL ID#741590654

| DELIVERY DATE | PHONE NO. |
|---|---|
| 9/29/17 | (972)-377-4410 |

VENDOR/COST ITEM NUMBER: 80  31066

| WH | DRIVER | L/N | M/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | WEIGHT | CUBE | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | | D | | 983-1066 | 1 | 1 | 1 LB | HERB BASIL 1LB | | | 6.03 C | 6.03 | |
| | | | | | | | | | | | | .00 | |

TOTAL TAX 8.250%
EACH

| PRICE CLASS | SIZE | WEIGHT | CUBE | FULL | AMOUNT |
|---|---|---|---|---|---|
| WALK-IN | 10 | 37.0 | 1.3 | 1 | 35.58 |
| MEAT | 20 | 109.1 | 5.6 | 8 | 296.98 |
| DRY GOODS | 40 | 173.9 | 3.9 | 5 | 138.86 |
| PAPER | 80 | 26.5 | 4.3 | 2 | 76.14 |
| PRODUCE | 80 | 73.0 | 4.3 | 4 | 45.21 |
| | | 417.5 | 19.4 | 20 | 592.77 |

**INVOICE TOTAL: 592.77**

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%). ALL CLAIMS FOR SHORTAGE OR DAMAGE MUST BE MADE UPON RECEIPT.

ACCEPTED BY X _____

ORIGINAL COPY
DRIVER'S LICENSE #14011

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

| DATE | 10/03/17 |
|---|---|
| ACCOUNT NO. | 447927 |

CUSTOMER
BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735

INVOICE NO. 10039604

AMOUNT $ 447927-10039604

COMMENTS

TERMS: 14 DAYS
DUE DATE: 10/20/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

SMITH

TAX I.D. NUMBER: 0320011217709

SALES PERSON

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO , TX 75034

BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO , TX 75034

FEDERAL ID#74599644

| ACCOUNT NO. | INVOICE NO. | DATE | TERM | DUE DATE |
|---|---|---|---|---|
| 447927 | 10039604 | 10/03/17 | 14 DAYS | 10/20/2017 |

| PHONE NO. | ROUTE | SEQ | PAGE |
|---|---|---|---|
| (972)-377-4410 | 510 | 159 | 1A |

SPECIAL INSTRUCTIONS: Please Deliver Wednesday 10/4 447927

| WH | DRIVER | W/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | DELIVERY DATE | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *** WALK-IN | | | | | |
| 1 | R | | 628-2214 | 1 | 6 | 4.5# | FRESH GRICHOPPED GARLIC | 10/04/17 | 10 01008 | 124.25 C | 124.25 | |
| 2 | R | | 864-7592 | 3 | 8 | LB | SAPUTO GONDZZAFELLA, WHL MILK LOAF | | 10 84466 | 2.20 C | 306.17 | |
| | | | | | | 46.33 | 46.49 | | | | | |
| 3 | R | | 864-7698 | 3 | | 135.17LBS | LA GONDOL PIZZA CHEESE WHOLE MILK | 10/04/17 | 10 01014 | 1.67 C | 245.11 | |
| | | | | 8 | | LB | 48.95 --- 48.65 | | | | | |
| | | | | | | 49.17 | | | | | | |
| | | | | | | 146.77LBS | | | | | | |
| | | | | | | | *** DRY GOODS | | | | | |
| 4 | R | | 286-0006 | 4 | 6 | 6.56 LB | HEINZ 6N1 GROUND TOMATOES POUCH | | 40 456994 | 22.62 C | 90.48 | |
| 5 | R | | 377-4537 | 4 | 4 | 2.5 LB | FRESH GQURCROUTONS, CHEESE&GARLIC TFF | | 40 174537 | 21.03 C | 21.03 | |
| 6 | R | | 382-0157 | 7 | 1 | 50 LB | REMARKAB1 FLOUR, WHEAT BLEACHED | | 40 557122 | 16.76 C | 117.32 | |
| 7 | R | | 865-1170 | 2 | 500 | 3.5 GM | MAMA FRANF ARMESAN CHS PACKETS | | 40 | 12.49 C | 24.98 | |
| 8 | R | | 865-1172 | 2 | 500 | 1 GM | MAMA FRANRED PEPPER PACKETS | | 40 | 10.99 C | 21.98 | |
| | | | | | | | *** PAPER | | | | | |
| 9 | R | | 730-1666 | 1 | 1 | 500 CT | DART CUP, 24 OZ FOAM | | 60 320076 | 29.98 C | 29.98 | |
| | | | | | | | *** PRODUCE | | | | | |
| 10 | R | | 980-4998 | 1 | 1 | 24 CT | LETTUCE LETTUCE ICEBERG 24 CT liner | | 80 000233 | 32.36 C | 32.36 | |
| 11 | R | | 980-5250 | 1 | 2 | 12 CT | LETTUCE LETTUCE ROMAINE 24 CT | | 80 05250 | 23.92 C | 23.92 | |
| 12 | R | | 980-7009 | 2 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | | 80 | 17.36 C | 34.72 | |
| 13 | R | | 981-2850 | 1 | 1 | 20 LB | TOMATO TOMATO 5X6 2-LAYER | | 80 12850 | 25.92 C | 25.92 | |
| 14 | R | | 981-5333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER SL3 * | | 80 5333 | 2.73 C | 2.73 | |

INVOICE TOTAL:

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1-1/2% PER MONTH (ANNUAL RATE OF 18%) ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

ACCEPTED BY X

ORIGINAL COPY



**Labatt FOOD SERVICE**
4500 INDUSTRY PARK DRIVE
P.O. BOX 127
SAN ANTONIO, TEXAS 78291-0127
PHONE (210) 661-4216

SMITH

TAX I.D. NUMBER: 03200112170?

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO , TX 75034

BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO , TX 75034

ACCOUNT NO. 447927
INVOICE NO. 10038604
DATE: 10/03/17
DUE DATE: 10/20/2017
PAGE 2A

Please Deliver Wednesday 10/4 447927

FEDERAL ENTMSO6004
DELIVERY DATE 10/04/17
PHONE NO. (972)-377-4410
ROUTE 510
SEQ 159

| VM | DRIVER | L N | W S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL/DESCRIPTION | WEIGHT | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 15 | R | 982-1026 | 1—1 | 1 | 10-LB | PEAR 10LB * | 315.4 | 80 41552 | 9.31 C | 9.31 | |
| | | 16 | R | 984-1552 | 1 | 1 | 3 LB | LETTUCE SPRING MIX* | 542.5 | 80 41552 | 7.73 C | 7.73 | |
| | | | | | | | | TOTAL TAX 8.250% | | | | .00 | |

PRICE CLASS

| | WEIGHT | CUBE | FULL | EACH | AMOUNT |
|---|---|---|---|---|---|
| WALK-IN | 10 | 315.4 | 5.8 | 7 | 675.53 |
| DRY GOODS | 40 | 542.5 | 13.6 | 16 | 275.79 |
| PAPER | 60 | 10.1 | 6.4 | 1 | 29.98 |
| PRODUCE | 80 | 145.0 | 9.1 | 8 | 136.69 |
| | | 1,013.0 | 34.9 | 36 | 1,117.99 |

INVOICE TOTAL 1,117.99

ORIGINAL-COPY-ELLERS LICENSE # 14017

REMIT TO:
**Labatt FOOD SERVICE**
SAN ANTONIO, TEXAS 78291-0127
(210) 661-4216

DATE 10/03/17
ACCOUNT NO. 447927
CUSTOMER BROOKLYN'S PIZZERIA-FRISCO-ACH#735
INVOICE NO. 10038604
INVOICE TOTAL 1,117.99
SEE PAGE 1

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

447927   10038604

# Labatt
## FOOD SERVICE

4500 INDUSTRY PARK DRIVE
P.O. BOX 4127
SAN ANTONIO, TEXAS 78231-0127
PHONE (210) 661-4216

**REMIT TO:**

# Labatt
## FOOD SERVICE

P.O. BOX 4127
SAN ANTONIO, TEXAS 78231-0127
(210) 661-4216

| DATE | 10/05/17 |
|---|---|
| ACCOUNT NO. | 447927 |

CUSTOMER

BROOKLYN'S
PIZZERIA-FRISCO
-ACH#735

INVOICE NO. 10056366

$ _____

$ _____

COMMENTS _____

TERMS _____

DUE DATE _____

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

**Thank You!**

---

| ACCOUNT NO. | INVOICE NO. |
|---|---|
| 447927 | 10056366 |
| DATE | 10/05/17 |

| TERMS | 4 DAYS |
|---|---|
| DUE DATE | 10/20/2017 |

| PHONE NO. | (972)- 377-4410 |
|---|---|
| ROUTE | 576 |
| SEQ | 226 |
| PAGE | 2A |

BROOKLYN'S PIZZERIA-FRISCO-ACH#735
THE LEGACY CENTER
5729 LEBANON ROAD, SUITE 100
FRISCO , TX 75034

BROOKLYN'S PIZZERIA-FRISCO
5729 LEBANON ROAD SUITE 100
THE LEGACY CENTER
FRISCO , TX 75034

| DELIVERY DATE | 10/06/17 |
|---|---|

SALES PERSON: SMITH

TAX/ID NUMBER: 032000112170709

| WH | DRIVER | LN | WS | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | WEIGHT | CUBE | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **\*\*\* PAPER** | | | \*\*\* | | | |
| 20 | D | | | 681-4430 | 1 | 6 | 800' | ENMOTION TOWEL, ROLL WHITE 10"X 800' | 72.8 | 2.1 | 89460 60 | 67.93 C | 67.93 | \* \* |
| 21 | D | | | 681-9113 | 1 | 30 | 100 CT | PREFERENCETOWEL KIT 2PLY WHI 11X B.8 | 209.4 | 10.6 | 27300 60 | 37.68 C | 37.68 | \* |
| 22 | D | | | 695-3000 | 2 | 250 | CT | SOCKS INSERT FOR PIZZA 12" | 291.2 | 6.3 | 4012 60 | 21.32 C | 42.64 | |
| 23 | D | | | 965-9517 | 1 | 500 | CT | CLEARVIEWCONTAINER,1-COMP.HNGE CLEAR | 145.1 | 3.7 | 704824 60 | 51.07 C | 51.07 | |
| | | | | | | | | **\*\*\* PRODUCE** | | | \*\*\* | | | |
| 24 | R | | | 980-4998 | 1 | 1 | 24 CT | LETTUCE LETTUCE ICEBERG 24 CT liner | 89.7 | 14.6 | 000233 80 | 32.36 C | 32.36 | |
| 25 | R | | | 980-7009 | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | 95.6 | 6.7 | 80 | 17.36 C | 17.36 | |
| 26 | R | | | 981-2850 | 1 | 1 | 20 LB | TOMATO TOMATO 5x6 2-LAYER | | | 12850 80 | 25.92 C | 25.92 | |
| 27 | R | | | 981-4930 | 4 | 1 | 2.5 LB | SPINACH SPINACH CLEAN/TRIM FLAT LEAF | | | 700023 80 | 17.11 C | 17.11 | |
| 28 | R | | | 981-5533 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER 5LB \* | | | 15533 80 | 2.73 C | 2.73 | |
| 29 | R | | | 981-5655 | 1 | 1 | 12 CT | ONION ONION GREEN MED 12CT \* | | | 80 | 12.95 C | 12.95 | |
| 30 | D | | | 983-1066 | 1 | 1 | 1 LB | HERB BASIL 1LB | | | 31066 80 | 6.03 C | 6.03 | |
| | | | | | | | | | 903.8 | 44.0 | | | 30.03 | |

| PRICE CLASS | | | |
|---|---|---|---|
| | WEIGHT | CUBE | AMOUNT |
| WALK-IN | 10 | 6 | 125.93 |
| MEAT | 20 | 15 | 564.19 |
| DRY GOODS | 40 | 6 | 185.82 |
| CLEANING SUPPLIES | 50 | 3 | 279.65 |
| PAPER | 60 | 5 | 208.03 |
| PRODUCE | 80 | 7 | 114.46 |
| | | 43 | 1,478.08 |

TOTAL TAX 8.250%
FULL EACH

**INVOICE TOTAL: 1,478.09**

ORIGINAL-COPY

SELLERS LICENSE # 14017

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1.5% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

CLAIMS resulting from this invoice shall be picked by the customer within one week to be assured. Replacements are provided at conveniences within call 1-800-HELP-

447927   10056366

# Labatt
**FOOD SERVICE**

4500 INDUSTRY PARK DRIVE
P.O. BOX 337
SAN ANTONIO, TEXAS 78291-0337
PHONE (210) 661-4216

| | | |
|---|---|---|
| ACCOUNT NO. | 447935 | |
| INVOICE NO. | 0925SS16 | |
| DATE | 9/25/17 | |

SMITH

TAX I.D. NUMBER: 000000000000

SALES PERSON

| | BROOKLYN'S PIZZERIA-PLANO-ACH#735 | BROOKLYN'S PIZZERIA-PLANO |
|---|---|---|
| S | CRYSTAL CREEK | CRYSTAL CREEK |
| O | 4637 HEDCOXE ROAD, SUITE 116 | 4637 HEDCOXE ROAD SUITE 116 |
| T | PLANO , TX 75024 | PLANO , TX 75024 |

FEDERAL ID#145555006

| ACCOUNT NO. | INVOICE NO. | | |
|---|---|---|---|
| 447935 | 0925SS16 | | |
| DATE | 9/25/17 | PAGE | 1A |

| DELIVERY DATE | TERMS | DUE DATE |
|---|---|---|
| 9/26/17 | 14 DAYS | 10/13/2017 |

| PHONE NO. | ROUTE NO. | SEQ |
|---|---|---|
| (214)- 705-0777 | 562 | 008 |

SPECIAL INSTRUCTIONS

| YH | DRIVER | L N S | M S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/GL/ST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | R | | | | | 4479350498 | | | |
| | | | R | | | | | *** WALK-IN | | | |
| 1 | R | | | 864-7692 | 1 | 8 | LB 46.16 | SAPUTO GOMOZZARELLA, WHL MILK LOAF | 10 84466 | 2.08 C | 96.01 |
| 2 | R | | | 864-7698 | 2 | 46 | 16.LBS LB | LA GONDOL PIZZA CHEESE WHOLE MILK | 10 01014 | 1.84 C | 178.63 |
| | | | | | | | 48.52 | 48.56 | | | |
| | | | | | 97 | | 06LBS | | | | |
| | | | | | | | | *** DRY GOODS | | | |
| 12 | D | | | 286-0008 | 4 | 6 | 6.56 LB | HEINZ  6N1 GROUND TOMATOES POUCH | 40 456994 | 22.62 C | 90.48 |
| 4 | D | | | 382-0157 | 6 | 1 | 50 LB | REMARKABL FLOUR, WHEAT BLEACHED | 40 557122 | 16.76 C | 100.56 |
| 5 | R | | | 865-1170 | 1 | 200 | 3.5 GM | MAMA FRAN PARMESAN CHS PACKETS | 40 | 12.49 C | 12.49 |
| | | | | | | | | *** PRODUCE | | | |
| 6 | D | | | 980-4998 | 1 | 1 | 24 CT | LETTUCE ICEBERG 24 CT liner | 80 000233 | 18.13 C | 18.13 |
| 7 | D | | | 981-2850 | 1 | 1 | 20 LB | TOMATO 5X6 2-LAYER | 80 12850 | 25.92 C | 25.92 |
| 8 | D | | | 981-4930 | 4 | 2.5 | LB | SPINACH CLEAN/TRIM FLAT LEAF | 80 700023 | 17.35 C | 17.35 |
| 9 | D | | | 981-5333 | 1 | 5 | LB | CUCUMBER SLB * | 80 15333 | 3.63 C | 3.63 |
| 11 | D | | | 981-5455 | 1 | 12 | CT | ONION GREEN MED 12CT * | 80 | 13.01 C | 13.01 |
| 14 | D | | | 984-1552 | 1 | 1 | LB | LETTUCE SPRING MIX* | 80 41552 | 7.79 C | 7.79 |

PRICE CLASS

| | WEIGHT | CUBE | AMOUNT |
|---|---|---|---|
| WALK-IN | 143.2 | 2.6 | 274.64 |
| DRY GOODS | 476.5 | 10.7 | 203.53 |

TOTAL TAX 8.250%
FULL    EACH
3
.11

| | | |
|---|---|---|
| INVOICE TOTAL | | |

THIS INVOICE IS DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%). ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

Credits resulting from this invoice must be applied by the customer within one year to be honored. Expressions are submitted at www.labattood.com or call 1-800-234-6702 x1244.

ORIGINAL COPY

---

REMIT TO:

# Labatt
**FOOD SERVICE**

P.O. BOX 337
SAN ANTONIO, TEXAS 78291-0337
(210) 661-4216

| DATE | 9/25/17 |
|---|---|
| ACCOUNT NO. | 447935 |

CUSTOMER
BROOKLYN'S
PIZZERIA-PLANO-
ACH#735

| INVOICE NO. | 0925SS16 |
|---|---|
| AMOUNT REMITTED | $ |
| AMOUNT DUE | $ |

COMMENTS

| TERMS: | 14 DAYS |
|---|---|
| DUE DATE: | 10/13/2017 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

REMIT TO:

| DATE | |
|---|---|
| 9/25/17 | |

| ACCOUNT NO. | |
|---|---|
| 447935 | |
| CUSTOMER | |

BROOKLYN'S
PIZZERIA-PLANO-
ACH#735

| INVOICE NO. | |
|---|---|
| 09255516 | |
| INVOICE TOTAL | |
| S | SEE PAGE 1 |
| AMOUNT REMITTED | |
| S | |
| COMMENTS | |
| TERMS: | |
| DUE DATE: | |

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT:

**Thank You!**

---

**Labatt**
FOOD SERVICE
4600 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

| | ACCOUNTING NO. | 447935 |
|---|---|---|
| | INVOICE NO. | 09255516 |
| | DATE | 9/25/17 |

BROOKLYN'S PIZZERIA-PLANO
CRYSTAL CREEK
4637 HEDCOXE ROAD, SUITE 116
PLANO          , TX   75024

BROOKLYN'S PIZZERIA-PLANO
4637 HEDCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO          , TX   75024

| TERMS | 24 DAYS |
|---|---|
| DUE DATE: | 10/13/2017 |

| SALES PERSON | | FEDERAL ID#/455DMA# | DELIVERY DATE | PHONE NO. | ROUTE | SEQ | PAGE |
|---|---|---|---|---|---|---|---|
| SMITH | | | 9/26/17 | (214)-705-0777 | 562 | 008 | 2A |

| TAX I.D. NUMBER | | | |
|---|---|---|---|
| 0000000000000 | | | |

447935   09255516

| WH | DRIVER | W/S | L/N | LABATT ITEM NUMBER | SIZE | PACK | QUANTITY | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCE | | | | | 80 | | 87.6   6.4   6 | 85.83 | | | |
| | | | | | | | 707.3   19.7   20 | 564.00 | | | |

SPECIAL INSTRUCTIONS

LABEL DESCRIPTION

44793504958

| | |
|---|---|
| INVOICE TOTAL | 564.00 |

ORIGINAL DEALERS LICENSE # 14017

ACCEPTED BY X

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, BEXAR COUNTY, TEXAS.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% A PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

Checks arriving from this invoice must be applied by the customer when you see to or banked. Statements are payment at www.labattfood.com. Call 1-800-LA-R-2222 (1411 for service.

447935   09255516

**Labatt**
FOOD SERVICE
4600 FREDERICKSBURG PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

REMIT TO:
**Labatt**
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

DATE 9/28/17
ACCOUNT NO. 447935
CUSTOMER

BROOKLYN'S
PIZZERIA-PLANO
ACH#735

INVOICE NO. 09287203

AMOUNT PAID $

COMMENTS

TERMS: 14 DAYS
DUE 10/13/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

**Thank You!**

---

ACCOUNT NO. 447935
INVOICE NO. 09287203
DATE 9/28/17
PAGE 1A

BROOKLYN'S PIZZERIA-PLANO
CRYSTAL CREEK
4637 HEDCOXE ROAD, SUITE 116
PLANO , TX 75024

BROOKLYN'S PIZZERIA-PLANO
CRYSTAL CREEK
4637 HEDCOXE ROAD SUITE 116
PLANO , TX 75024

4479303907
4479303907

Tax I.D. NUMBER 00000000000000
SALES PERSON SMITH

TERMS 14 DAYS
ROUTE 546   STO 015
DUE DATE 10/13/2017
VENDOR/CUST. ITEM NUMBER
DELIVERY DATE 9/29/17 15598
PHONE NO. (214) 705-0777

| WH | DRIVER | L/N/S | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|----|--------|-------|--------------------|----------|------|------|-------------------|--------------------------|------------|----------------|-----|
|    |        |       |                    |          |      |      | *** WALK-IN       |                          |            |                |  *  |
| 1  | R      |       | 820-5046           | 1        | 1    | HG   | BORDEN BUTTERMILK, BAKING 1% | 10 15598 | 2.39 C | 2.39 |     |
|    |        |       |                    |          |      |      | *** MEAT          |                          |            |                |     |
| 2  | F      |       | 893-0316           | 1        | 2    | 5 LB | MAGNIFOODGARLIC CHICKEN TOPPING | 20 757914 | 36.66 C | 36.66 |     |
| 3  | F      |       | 893-8114           | 4        | 2    | 5 LB | BROOKLYN SAUSAGE TOPPING SPICY | 20 45B170 | 25.58 C | 102.32 |     |
| 4  | F      |       | 893-8118           | 1        | 2    | 12.5 LB | BROOKLYN PEPPERONI PIZZA TOPPING | 20 55B173 | 74.91 C | 74.91 |     |
| 5  | F      |       | 939-5876           | 1        | 34   | 4.7OZ | TYSON   CKN BST FILET PARMESAN FC | 20 131940 | 52.22 C | 52.22 |     |
|    |        |       |                    |          |      |      | *** DRY GOODS     |                          |            |                |  *  |
| 6  | D      |       | 201-5871           | 1        | 6    | 3 KG | DEL DESTIRED PEPPER STRIPS, FIRE RSTD | 40 04945 | 31.98 C | 31.98 |     |
| 7  | D      |       | 382-2041           | 1        | 1    | 4.41 LB | MARIO   OLIVE, KALAMATA PITTED XL | 40 | 17.65 C | 17.65 |     |
| 8  | F      |       | 865-1170           | 2        | 200  | 3.5 GM | MAMA FRANPARMESAN CHS PACKETS | 40 | 12.49 C | 24.98 |     |
| 9  | F      |       | 865-1172           | 2        | 500  | 1 GM | MAMA FRANRED PEPPER PACKETS | 40 | 10.99 C | 10.99 |     |
|    |        |       |                    |          |      |      | *** PAPER         |                          |            |                |  *  |
| 10 | D      |       | 681-4301           | 1        | 6    | 800' | ENMOTION TOWEL, ROLL WHITE 10"X 800' | 60 89460 | 67.93 C | 67.93 |     |
| 11 | D      |       | 695-3000           | 1        | 250  | CT   | BOCKS   INSERT FOR PIZZA 12" | 60 4012 | 21.32 C | 21.32 |     |
| 12 | D      |       | 696-3014           | 1        | 1    | 500 CT | HFA     CONT, 2-1/4LB Entree/Carryout | 60 900291 | 54.82 C | 54.82 |     |
| 13 | D      |       | 730-1666           | 1        | 1    | 1500 CT | DART    CUP, 24 OZ FOAM | 60 320076 | 29.98 C | 29.98 |     |
| 14 | D      |       | 730-4074           | 1        | 1    | 500 CT | DART    LID, 24 SERIES STRAW SLOT TR | 60 520060 | 10.19 C | 10.19 |     |
| 15 | D      |       | 768-4509           | 1        | 1    | 500 CT | DURO    BAG, PAPER WHITE 12LB | 60 51032 | 19.77 C | 19.77 |     |
| 16 | D      |       | 852-6780           | 1        | 1    | 2000 CT | ROYAL   PIZZA SAVER, TRIPOD | 60 011678 | 25.39 C | 25.39 |     |
| 17 | D      |       | 965-9517           | 1        | 500  | 6"   | CLEARVIEWCONTAINER, 1-COMP. HNGE. CLEAR | 60 704824 | 51.07 C | 51.07 |     |
|    | *      |       |                    |          |      |      | *** PRODUCE       |                          |            |                |  *  |

TOTAL 19.74

INVOICE 09287203   DATE 9/28/17

THIS INVOICE IS DUE AND PAYABLE AS PER PAYMENT TERMS ABOVE.
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

**ORIGINAL COPY**

**Labatt**
FOOD SERVICE
P.O. BOX 107
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

REMIT TO:

| DATE | 9/28/17 |
|---|---|
| ACCOUNT NO. | 447935 |
| CUSTOMER | BROOKLYN'S PIZZERIA-PLANO ACH#735 |
| INVOICE NO. | 09287203 |

$ SEE PAGE 1 AMOUNT REMITTED

$

TERMS:

DUE
DATE:

PLEASE RETURN
THIS PORTION WITH
YOUR PAYMENT.

**Thank You!**

---

**Labatt**
FOOD SERVICE
4500 INDUSTRY PARK DRIVE
P.O. BOX 107
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX ID. NUMBER: 000000000000

| ACCOUNT NO. | 447935 |
|---|---|
| INVOICE NO. | 09287203 |
| DATE | 9/28/17 |
| TERMS | 4 DAYS |
| DUE DATE | 10/13/2017 |

SOLD TO: BROOKLYN'S PIZZERIA-PLANO-ACH#735
CRYSTAL CREEK
4637 HEDCOXE ROAD, SUITE 116
PLANO          , TX  75024

SHIP TO: BROOKLYN'S PIZZERIA-PLANO
4637 HEDCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO          , TX  75024

PHONE NO. (214)-705-0777
ROUTE 546  SEQ 015  PAGE 2A

DELIVERY DATE: 9/29/17

| WH | DRIVER | LBS WS | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | R | | 980-7009 | 1 | 1 | 10 LB | MUSHROOM MUSHROOM (GENERIC-FS) | 80 12850 | 17.36 C | 17.36 | |
| 20 | D | | 981-2850 | 1 | 1 | 20 LB | TOMATO TOMATO 5X6 2-LAYER | 80 15333 | 25.92 C | 25.92 | |
| 21 | D | | 981-5333 | 1 | 1 | 5 LB | CUCUMBER CUCUMBER SLB * | | 3.63 C | 3.63 | |

TOTAL TAX  8.250%    5.60

PRICE CLASS

|  | WEIGHT | CUBE | FULL | EACH | AMOUNT |
|---|---|---|---|---|---|
| WALK-IN | 4.6 | .1 | 1 | | 2.39 |
| MEAT | 88.4 | 5.4 | 7 | | 266.11 |
| DRY GOODS | 52.0 | 1.9 | 5 | | 85.60 |
| PAPER | 112.5 | 18.6 | 8 | | 286.07 |
| PRODUCE | 77.0 | 4.5 | 4 | | 65.65 |
| | 334.5 | 30.5 | 25 | | 705.82 |

**INVOICE TOTAL   705.82**

ACCEPTED BY X

ORIGINAL - DEALER'S LICENSE # 14017

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, TEXAS (BEXAR COUNTY, TEXAS).
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL SALES OF MERCHANDISE OR PRODUCT ARE BASED UPON WEIGHTS AT TIME OF SHIPMENT.

Checks requiring items that cannot be applied by the customer within one year must be forwarded. Payments are posted at www.labattfood.com, call 1-800-244-8725 (CHK).

447935  09287203

# Labatt
FOOD SERVICE

4500 INDUSTRY PARK DRIVE
P.O. BOX 133
SAN ANTONIO, TEXAS 78291-0137
PHONE (210) 661-4216

SALES PERSON: SMITH

TAX I.D. NUMBER: 0000000000000

**REMIT TO:**

# Labatt
FOOD SERVICE
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

DATE: 10/03/17

ACCOUNT NO.: 447935

CUSTOMER

BROOKLYN'S PIZZERIA-PLANO
ACHH735

INVOICE NO.: 100386603

AMOUNT ENCLOSED: $

COMMENTS

TERMS: 14 DAYS
DUE DATE: 10/20/2017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

Thank You!

---

ACCOUNT NO.: 447935
INVOICE NO.: 100386603
DATE: 10/03/17
TERMS: 14 DAYS
DUE DATE: 10/20/2017
ROUTE: 510
SEQ: 148
PAGE: 1A

BROOKLYN'S PIZZERIA-PLANO
CRYSTAL CREEK
4637 HEDGCOXE ROAD, SUITE 116
, TX 75024
PLANO

BROOKLYN'S PIZZERIA-PLANO
4637 HEDGCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO , TX 75024

PHONE NO.: (214)-705-0777

DELIVERY DATE: 10/04/17

Please Deliver Wednesday 10/4 447792

| LN WS | DRIVER | LABATT ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ***WALK-IN*** | *** | | | |
| 1 R | | 864-7692 | 2 | 8 | 6 LB 46.62 | SAPUTO GOMOZZARELLA. WHL MILK LOAF | 1D 84466 | 2.20 C | 264.71 | |
| 2 R | | 864-7698 | 3 | 8 | 6 LB 49.24 | LA GONDA PIZZA CHEESE WHOLE MILK | 1D 01014 | 1.67 C | 245.82 | |
| | | | | | 92.14LBS | | | | | |
| | | | | | 48.87 | 49.04 | | | | |
| | | | | | 147.20LBS | | | | | |
| | | | | | | ***FROZEN*** | *** | | | |
| 3 F | | 924-0984 | 1 | 12 | 6 CT | TURANO   BREAD. HEARTH FRENCH ROLL 7*30 | 08134 | 29.10 C | 29.10 | |
| | | | | | | ***DRY GOODS*** | *** | | | |
| 4 D | | 286-0008 | 4 | 6 | 6.56 LB | HEINZ  6N1 GROUND TOMATOES POUCH | 4D 456994 | 22.62 C | 90.48 | |
| 5 D | | 382-0157 | 5 | 1 | 50 LB | REMARKABLE FLOUR. WHEAT BLEACHED | 4D 557122 | 16.76 C | 83.80 | |
| | | | | | | ***PRODUCE*** | *** | | | |
| 6 D | | 980-5250 | 2 | 2 | 12 CT | LETTUCE  ROMAINE 24 CT | 8D 05250 | 23.92 C | 47.84 | |
| 7 D | | 980-7009 | 3 | 1 | 10 LB | MUSHROOM  (GENERIC-FS) | 8D | 17.36 C | 52.08 | |
| 8 D | | 981-4930 | 1 | 4 | 2.5 LB | SPINACH  CLEAN/TRIM FLAT LEAF | 8D 760023 | 17.11 C | 17.11 | |
| 9 D | | 981-5533 | 1 | 1 | 5 LB | CUCUMBER | 8D 15533 | 12.73 C | 12.73 | |
| 10 D | | 981-5655 | 1 | 2 | 12 CT | ONION  GREEN MED 12CT * | 8D | 12.95 C | 12.95 | |
| 11 D | | 982-0200 | 1 | 5 | 5 LB | PEPPER  BELL GRN CHOICE 25LB | 8D 20200 | 12.84 C | 12.84 | |
| 12 D | | 983-1044 | 1 | 1 | 1 LB | HERB  BASIL 1LB | 8D 31044 | 6.03 C | 6.03 | |
| | | | | | | TOTAL TAX  8.250% | | | .00 | |

INVOICE TOTAL:

FEDERAL DATA:

SPECIAL INSTRUCTIONS:

THIS INVOICE DUE AND PAYABLE IN SAN ANTONIO, TEXAS (BEXAR COUNTY, TEXAS).
ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%).
ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

ORIGINAL COPY

ACCEPTED BY

TAX



**Labatt FOOD SERVICE**
4500 INDUSTRY PARK DRIVE
P.O. BOX 137
SAN ANTONIO, TEXAS 78201-0137
PHONE (210) 661-4216

REMIT TO: **Labatt FOOD SERVICE**
P.O. BOX 137
SAN ANTONIO, TEXAS 78291-0137
(210) 661-4216

ACCOUNT NO 447935
INVOICE NO 10038603
DATE 10/03/17

SOLD TO: BROOKLYN'S PIZZERIA-PLAND-ACH#735
CRYSTAL CREEK
4637 HEDCOXE ROAD, SUITE 116
PLANO, TX 75024

SHIP TO: BROOKLYN'S PIZZERIA-PLAND
4637 HEDCOXE ROAD SUITE 116
CRYSTAL CREEK
PLANO, TX 75024

ACCOUNT NO 447935
INVOICE NO 10038603
DATE 10/03/17

TERMS 14 DAYS
DUE DATE 10/20/2017

PHONE NO (214) 705-0777
DELIVERY DATE 10/04/17

SALES PERSON: SMITH
TAX I.D. NUMBER 000000000000

SPECIAL INSTRUCTIONS: Please Deliver Wednesday 10/4 447935

| PRICE CLASS | QUANTITY | LABATT ITEM NUMBER | PACK | SIZE | WEIGHT | CUBE | FULL | EACH | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALK-IN | | | | 10 | 240.3 | 4.3 | 5 | | | | | 490.73 |
| FROZEN | | | | 30 | 20.0 | 2.4 | 1 | | | | | 29.10 |
| DRY GOODS | | | | 40 | 424.5 | 9.3 | 9 | | | | | 174.28 |
| PRODUCE | | | | 80 | 159.6 | 11.7 | 10 | | | | | 151.58 |
| | | | | | 844.4 | 27.7 | 25 | EACH | FULL | | | 805.69 |

INVOICE TOTAL 805.69

447935   10038603

ORIGINAL DEALERS LICENSE # 14017

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
Thank You!