**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISON**

| | | |
|---|---|---|
| In re: | § | Case No. 17-42214 |
| | § | |
| THE GREAT AMERICAN RESTAURANT | § | |
| COMPANY, LLC d/b/a BROOKLYN'S | § | |
| OLD NEIGHBORHOOD PIZZERIA | § | |
| | § | |
| Debtor. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS**

PLEASE TAKE NOTICE that Goldfarb PLLC, by and through the undersigned, hereby makes an appearance on behalf of NYP Holding LLC ("NYP"), creditor and party-in-interest in the above-captioned proceeding (the "Bankruptcy Case"), and files this *Notice of Appearance and Request for Service of All Notices, Pleadings, Orders and Other Papers* (the "Notice of Appearance") to request, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010 and 11 U.S.C. §§ 342 and 1109(b), that all notices given or required to be given in the Bankruptcy Case, and that all pleadings, orders and other papers served or required to be served in the Bankruptcy Case, be given and served upon:

Jeffrey Goldfarb
Goldfarb PLLC
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile: (214) 583-2234
E-mail: jgoldfarb@golfarbpllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall neither constitute nor be deemed or construed as NYP's: (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in the Bankruptcy Case or in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which NYP has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments NYP hereby expressly reserves.

Dated: January 19, 2018

Respectfully submitted,

By: */s/ Jeffrey Goldfarb*
Jeffrey Goldfarb
State Bar No. 00793820
GOLDFARB PLLC
Saint Ann Court
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Phone: 214.583.2333
Fax: 214.583.2234
jgoldfarb@goldfarbpllc.com

**ATTORNEYS FOR NYP HOLDING LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January 2018, a true and correct copy of the foregoing pleading was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned case.

                                          /s/ *Jeffrey Goldfarb*
                                          Jeffrey Goldfarb